```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE A05-0119--CV (RRB)
              "MICHAEL SHELDON ET AL V USA"

        Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 05/27/05
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (362) Personal injury - medical malpratice
                    MEDICAL MALPRACTICE
            Origin: (1) Original Proceeding
            Demand: 75
        Filing fee: Paid $250.00 on 05/27/05 receipt # 00125807
          Trial by:


Parties of Record:                         Counsel of Record:

PLF 1.1          SHELDON, MICHAEL              John S. Hedland
                                               Hedland Brennan et al
                                               1227 W. 9th Avenue, Suite 300
                                               Anchorage, AK 99501
                                               907-279-5528

PLF 2.1          SHELDON, DONNA MARIE (HART) ESTATE   John S. Hedland
                 OF                                   (see above)

DEF 1.1          UNITED STATES OF AMERICA     Daniel R. Cooper
                                               U.S. Attorney's Office
                                               222 W. 7th Avenue, #9
                                               Anchorage, AK 99513-7567
                                               907-271-5071
                                               FAX 907-271-2344
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0119--CV (RRB)
                "MICHAEL SHELDON ET AL V USA"

                      For all filing dates
```

Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 05/27/05
          Closed: NO

    Jurisdiction: (2) U.S. Defendant
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (362) Personal injury - medical malpratice
                  MEDICAL MALPRACTICE
          Origin: (1) Original Proceeding
          Demand: 75
      Filing fee: Paid $250.00 on 05/27/05 receipt # 00125807
        Trial by:

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 05/27/05 | Complaint filed; Summons issued. |
| 2 - 1 | 08/22/05 | RRB Minute Order that plf is required to take action as to failure to serve.  Plf to comply with Rule 4(m).  cc: cnsl |
| 3 - 1 | 08/24/05 | PLF 1-2 Return of Service Executed re: Atty Gen on 6/17/05. |
| 4 - 1 | 08/24/05 | PLF 1-2 Return of Service Executed re:  US Atty on 6/13/05. |
| 5 - 1 | 08/30/05 | DEF 1 Attorney Appearance of D. Cooper (AUSA). |
| 6 - 1 | 09/23/05 | RRB Minute Order plaintiff is required to take action as to case not at issue.  Plf to require an answer or apply for default w/in 20 days.  cc: cnsl |
| 7 - 1 | 10/04/05 | PLF 1-2 Response to Order dated 9/23/05. Defendant to answer by 10/28/05. |
| 7 - 2 | 10/04/05 | RRB Order granting USA's request for an additional 60 days to file an answer.  cc: cnsl |
| 8 - 1 | 10/31/05 | DEF 1 Answer to Complaint. |
| 9 - 1 | 10/31/05 | DEF 1 motion to dismiss FRCP 12 (b)(1) w/att notice of facsimile declaration & exhs. |
| 10 - 1 | 11/02/05 | DEF 1 Notice of filing orig declaration of D. Hawkins  re: DEF 1 motion to dismiss FRCP 12 (b)(1) (9-1) w/att declaration. |
| 11 - 1 | 11/10/05 | PLF 1-2 Unopposed motion for extension of time until 1/17/06 to file opposition to def's mot to dismiss. |
| 11 - 2 | 11/14/05 | Order granting unopposed motion for extension of time until 1/17/06 to file opposition to def's mot to dismiss (11-1).  cc: cnsl |