John S. Hedland
Hedland, Brennan & Heideman
1227 West 9th Avenue, Suite 300
Anchorage, Alaska 99501
Phone: (907) 279-5528
Fax:  (907) 278-0877
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the estate of Donna Marie (Hart) Sheldon, deceased,<br><br>     Plaintiff,<br> vs.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  A05–119 CV  [RRB] |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

  Plaintiff hereby moves this court for a 30-day extension of time within which to respond to defendant's motion to dismiss, such that the opposition of said motion will be due February 16, 2006. Plaintiff has been advised that defendant does not oppose this motion.

  Dated at Anchorage, Alaska this 9 day of January 2006.

                Hedland, Brennan and Heideman
                Attorneys for Plaintiff
                <u>s/John S. Hedland</u>
                Anchorage, Alaska 99501
                Phone: (907) 279-5528
                Fax: (907) 278-0877
                E-mail: jhedland@hbhc.alaska.net
                ABA No. 6903014

CERTIFICATE OF SERVICE

I certify that on the 9th of January 2006 a copy of the foregoing was served electronically on
<u>s/Timothy M. Burgess, United States Attorney</u>
<u>s/Daniel R. Cooper, Jr., Assistant U.S. Attorney</u>
<u>s/John S. Hedland</u>