John S. Hedland
Hedland, Brennan & Heideman
1227 West 9th Avenue, Suite 300
Anchorage, Alaska 99501
Phone: (907) 279-5528
Fax:  (907) 278-0877
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the estate of Donna Marie (Hart) Sheldon, deceased,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.  A05–119 CV  [RRB] |

**MEMORANDUM IN SUPPORT OF**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

This is an action under the Federal Tort Claims Act, the federal agency involved being the Department of Health and Human Services. Defendant has moved to dismiss for want of subject matter jurisdiction, alleging that an administrative claim was not timely filed with the appropriate federal agency pursuant 28 U.S.C. § 2675(a). Plaintiff believes that the claim was in fact presented to the appropriate agency, but was not accepted by it, within the time allowed for filing such claims. The parties are in the process of determining whether there are any factual disputes as to the circumstances of presentation of the claim. If there are, resolution of the motion may require discovery

which thereby necessitates an extension of time within which to reply to the motion.

Defendant does not oppose the motion for extension.

Dated at Anchorage, Alaska this 9 day of January 2006.

>Hedland, Brennan and Heideman
>Attorneys for Plaintiff
>s/John S. Hedland
>Anchorage, Alaska 99501
>Phone: (907) 279-5528
>Fax: (907) 278-0877
>E-mail: jhedland@hbhc.alaska.net
>ABA No. 6903014

CERTIFICATE OF SERVICE

I certify that on the 9th of January 2006 a copy of the foregoing was served electronically on
s/Timothy M. Burgess, United States Attorney
s/Daniel R. Cooper, Jr., Assistant U.S. Attorney
s/John S. Hedland

Memo in Support of Unopposed
Motion for Extension of Time              - 2 -