John S. Hedland
Hedland, Brennan & Heideman
1227 West 9th Avenue, Suite 300
Anchorage, Alaska 99501
Phone: (907) 279-5528
Fax:  (907) 278-0877
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MICHAEL SHELDON, as personal )
representative of the estate of Donna )
Marie (Hart) Sheldon, deceased, )
)
                Plaintiff, )
vs. )
)
UNITED STATES OF AMERICA, )
)
                Defendant. )
_____)  Case No. A05–119 CV [RRB]

## AFFIDAVIT OF PATRICK M. ANDERSON

STATE OF ALASKA                          )
                                         ) ss.
THIRD JUDICIAL DISTRICT           )

Patrick M. Anderson being first duly sworn upon oath, deposes and states:

1. My name is Patrick M. Anderson. I am an attorney licensed to practice in Alaska, and in 1999 I was employed by the firm of Hedland, Brennan, Heideman and Cooke in Anchorage.

2. On October 14, 1999 I arranged for the presentation of an administrative claim under the Federal Tort Claims Act on behalf of Michael J. Sheldon to the United

States Department of Health and Human Services. A copy of the claim is annexed hereto as Exhibit 1. I arranged for shipment of the claim via Federal Express to the Department of Health and Human Services Public Health Claims Branch at Room 18-20 of the Parklawn Building, 5600 Fishers Lane, in Rockville, Maryland. The shipment was placed in an envelope marked urgent for standard overnight delivery by Friday, October 15, 1999. A copy of the Federal Express air bill is expressed hereto as Exhibit 2. A copy of the envelope containing the claim is annexed hereto as Exhibit 3.

3. The claim was addressed the Public Health Claims Branch in Room 18-20 of the Parklawn Building. My firm had previously successfully presented an administrative claim to the Department of Health and Human Services at that address. See, Exhibit 4 annexed hereto.

4. I was thereafter advised that the shipment was not delivered because the Public Health Claims Branch was not located in Room 18-20. I subsequently determined that the Public Health Claims Branch had moved to Room 5C-10 of the same building, and resent the claim to that address on October 21, 1999 by Federal Express, and the claim was successfully delivered. See, Exhibit 5.

DATED in Anchorage, Alaska, this 16th day of February, 2006.

Patrick M. Anderson

Affidavit of Patrick M. Anderson                3

SUBSCRIBED AND SWORN TO before me this 16 day of February, 2006.



_____
Notary Public in and for the State of Alaska
My commission expires: 1/24/08

Hedland, Brennan and Heideman
Attorneys for Plaintiff
s/John S. Hedland
Anchorage, Alaska 99501
Phone: (907) 279-5528
Fax: (907) 278-0877
E-mail: jhedland@hbhc.alaska.net
ABA No. 6903014

CERTIFICATE OF SERVICE

I certify that on the 9th of January 2006 a copy of the foregoing was served electronically on Daniel R. Cooper, Jr., Assistant U.S. Attorney
s/John S. Hedland