OCT. -05' 99(TUE) 15:24   US ATTY LECC/VW                    TEL:907 271 2345                P. 001

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 3-31-91 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| Department of Health & Human Services, Public Health Claims Branch, Room 13-20, Parklawn Building, 5600 Fishers Lane, Rockville, MD 27857 | Estate of Donna Marie Hart Sheldon; Michael Sheldon (Husband); Daisy M. Hart (Daughter); Jason Bruce Hart (Son) 4404 Ames Avenue Anchorage, Alaska 99508 |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH 1/03/63 | 5. MARITAL STATUS Married | 6. DATE AND DAY OF ACCIDENT 10/16/97 | 7. TIME (A.M. OR P.M.) 5:52 p.m. |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

This is a claim for medical negligence leading to death involving the Alaska Native Medical Center (A.N.M.C.) located in Anchorage, Alaska. The details of the claim are set forth in Exhibit "A" attached to this Claim.

9. N/A                          PROPERTY DAMAGE
NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)

10.                             PERSONAL INJURY/WRONGFUL DEATH
STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Donna Sheldon died of Adult Respiratory Distress Syndrome after undergoing a minor day surgical procedure at A.N.M.C. Her injuries and that of her estate include pain and suffering, lost wages, lost future income and past medical expenses. The injuries of her husband and children include loss of consortium.

11. See Medical Records.                    WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| See Medical Records. | Alaska Native Medical Center 4315 Diplomacy Drive Anchorage, Alaska 99507 |

EXHIBIT  1
PAGE  1  OF  3

| 12. (See Instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY $1,000,000.00 | 12c. WRONGFUL DEATH $10,000,000.00 | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) $11,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) Patrick M. Anderson  /s/ Patrick M. Anderson Attorney for Michael Sheldon, Personal Representative of the Estate of Donna Sheldon | 13b. Phone number of signatory (907) 279-5528 | 14. DATE OF CLAIM 10/14/99 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. **Authority**: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. **Principal Purpose**: The information requested is to be used in evaluating claims.

C. **Routine Use**: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. **Effect of Failure to Respond**: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

**Complete all items - Insert the word NONE where applicable**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in Item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,

to Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☐ Yes, If yes, give name and address of insurance company (Number, street, city, State, and Zip Code) and policy number.   ☐ No

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

17. If deductible, state amount

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim?   (It is necessary that you ascertain these facts)

19. Do you carry public liability and property damage insurance?   ☐ Yes, If yes, give name and address of insurance carrier (Number, street, city, State, and Zip Code)   ☐ No

EXHIBIT __1__

PAGE _2_ OF _3_

SF 95 (Rev. 7-85) BACK

Exhibit A

<u>Basis of Claim</u>: Mrs. Sheldon entered the A.N.M.C. on October 3, 1997 for an elective surgical reanastomosis of her fallopian tubes. During surgery, she aspirated while under general anesthesia. The following day, she complained of shortness of breath and coughing. She was placed on antibiotic therapy for possible aspiration pneumonia on October 5, 1997 and transferred to the intensive care unit. On October 13, 1997, she was transferred to the Providence Medical Center with multi-organ failure and placed on dialysis. She passed away at 5:52 pm on October 16, 1997.

Mrs. Sheldon was a normal healthy individual with no history of respiratory problems when she underwent surgery. According to Mr. Sheldon, the surgeon, Dr. Ecklund, advised him after the surgery that Mrs. Sheldon had aspirated gastric contents during surgery, but that the procedure otherwise went well. The next day, symptoms of aspiration pneumonia appeared. Mrs. Sheldon died fourteen days later.

Mr. Sheldon alleges medical negligence on the part of ANMC at the time of the October 3, 1997 surgery when Mrs. Sheldon was not properly monitored for the possibility of contracting aspiration pneumonia, and for failure to properly diagnose aspiration pneumonia and initiate immediate antibiotic measures.

Mrs. Sheldon is survived by her husband, Michael Sheldon, and her children Daisy M. Hart (DOB June 20, 1982) and Jason Bruce Hart (DOB: April 12, 1985).

EXHIBIT 1
PAGE 3 OF 3