# FedEx USA Airbill

**1 From (please print)**

Date: 10/14/99
Sender's FedEx Account Number: 1192-9824-5
Sender's Name: Patrick Anderson
Phone: (907) 279-5528
Company: Hedland, Brennan, Heideman & Cooke
Dept/Floor Suite/Room: 300
Address: 1227 W 9th Ave., #300
City: Anchorage  State: AK  Zip: 99501

**2 Your Internal Billing Reference Information** (Optional) (First 24 characters will appear on invoice)
Michael Sheldon

**3 To (please print)**

Recipient's Name: Department of H&HS
Phone: ( )
Company: Public Health Claims Branch
Parklawn Building
Dept/Floor Suite/Room: Rm 18-20
Address: XXXXXXXXXXXXXXX 5600 Fishers Lane
City: Rockville  State: MD  Zip: 27857

For "HOLD" Service check here: Weekday / Saturday
For Saturday Delivery check here

**4 Service**
[ ] FedEx Priority Overnight
[X] FedEx Standard Overnight
[ ] FedEx 2Day
[ ] FedEx Govt. Overnight
[ ] FedEx Overnight Freight
[ ] FedEx 2Day Freight
[ ] NEW FedEx First Overnight

**5 Packaging**
[X] FedEx Letter
[ ] FedEx Pak
[ ] FedEx Box
[ ] FedEx Tube
[ ] Other Packaging

**6 Special Handling**
Does this shipment contain dangerous goods? No / Yes
Dry Ice — Cargo Aircraft Only

**7 Payment**
Bill to: [X] Sender
[ ] Recipient [ ] Third Party [ ] Credit Card [ ] Cash/Check

FedEx Account No.: ____
Credit Card No.: ____  Exp. Date: ____
Total Packages: ____  Total Weight: ____  Total Declared Value: $ .00  Total Charges: $ ____

**8 Release Signature**

232

Questions? Call 1-800-Go-FedEx

*The World On Time*



EXHIBIT 2
PAGE 1 OF 1