**FedEx® USA Airbill**

Tracking Number: 7648068492

**Sender's Copy**

**1 From (please print)**

Date: 10/21/99  Sender's FedEx Account Number: 1192-9824-5

Sender's Name: Patrick Anderson  Phone: (907) 279-5528

Company: HEDLAND BRENNAN HEINDEMAN & COOKE  Dept./Floor Suite/Room: #300

Address: 1227 West 9th Avenue, Suite 300

City: Anchorage, AK  State: AK  Zip: 99501

**2** Your Internal Billing Reference Information (Optional) (First 24 characters will appear on invoice)

**3 To (please print)**

Recipient's Name: Debbie Watson  (crossed out)

DEPT. of H & HS  Phone: (301) 443-0993

Company: Public Health Claims Br.  Dept./Floor Suite/Room: Rm 5 C-10

Address: Parklawn Bldg, 5600 Fishers Lane

City: Rockville  State: MD  Zip: 20857

For "HOLD" Service check here: Weekday / Saturday
For Saturday Delivery check here

**4 Service**
- [ ] FedEx Priority Overnight
- [X] FedEx Standard Overnight
- [ ] FedEx 2Day
- [ ] FedEx Govt. Overnight
- [ ] FedEx Overnight Freight
- [ ] FedEx 2Day Freight
- [ ] NEW FedEx First Overnight

**5 Packaging**
- [X] FedEx Letter
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other Packaging

**6 Special Handling**

Does this shipment contain dangerous goods? No / Dry Ice / Cargo Aircraft Only

**7 Payment**
Bill to: [X] Sender  [ ] Recipient  [ ] Third Party  [ ] Credit Card  [ ] Cash/Check

Total Packages:     Total Weight:     Total Declared Value: $ .00     Total Charges:

**8 Release Signature**

D. Pitts

232

Rev. Date 7/95 • PART #147382
©1994-95 FedEx • PRINTED IN U.S.A.
GBFE 9/95

Questions? Call 1·800·Go·FedEx

*The World On Time*

EXHIBIT 5  PAGE 1 OF 1