John S. Hedland
Hedland, Brennan & Heideman
1227 West 9th Avenue, Suite 300
Anchorage, Alaska 99501
Phone: (907) 279-5528
Fax: (907) 278-0877
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the estate of Donna Marie (Hart) Sheldon, deceased,<br><br>        Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05–119 CV [RRB] |

**AFFIDAVIT OF JOHN S. HEDLAND**

STATE OF ALASKA      )
                                 ) ss.
THIRD JUDICIAL DISTRICT    )

    John S. Hedland being first duly sworn upon oath, deposes and states:

    1.    I am an attorney employed by the firm of Hedland, Brennan and Heideman, was so employed in 1999, and am familiar with the files and record keeping practices of said firm. Unless otherwise indicated, the contents of this affidavit are based upon my review of the said files and records.

2. Donna Marie Hart Sheldon died on October 16, 1997. Her husband Michael Sheldon consulted with Patrick M. Anderson, at that time an attorney employed by Hedland, Brennan, Heideman & Cooke, as the firm was then known, in regard to a possible wrongful death action against the Alaska Native Medical Center under the Federal Tort Claims Act. As is set out in Mr. Anderson's affidavit, on October 14, 1999 an administrative claim was transmitted, via Federal Express, to the Department of Health & Human Services, Public Health Claims Branch, Room 18-20 at the Parklawn building in Rockville, Maryland. The envelope containing the claim and was marked "Urgent" and called for standard overnight delivery on October 15, 1999.

3. Federal Express returned the envelope undelivered. This office contacted Federal Express and was advised that because of an incorrect suite number it was not deliverable. This was correct in the sense that the Claims Branch had moved from Room 18-20 to Room 5C-10, but Room 18-20 was still the correct place to present the claim. See, paragraph 8; Exhibits 10 and 11.

4. We thereafter determined that the suite number for the Claims Branch was 5C-10 in the Parklawn Building rather than Room 18-20. I do not know how the other room was determined but when the claim was resubmitted to the Claims Branch at Room 5C-10, it was accepted by the Department. See Exhibit 6

5. We later determined that Room 18-20 in the Parklawn Building was occupied by another office of the Department of Health and Human Services, the Health Resources and Services Administration (HRSA). See, e.g., Exhibit 7.

6. This firm had previously successfully submitted a claim involving ANMC to the Public Health Services Claims Branch in Room 18-20 in the Parklawn Building.

7. In the course of considering the administrative claim, the claims branch requested that we advise it as to why the statute of limitations had not run when the administrative claim was filed. See, Exhibit 6. This firm responded with a letter annexed hereto as Exhibit 8 setting out the above circumstances, and taking the position that under the applicable regulations, service on the Department was complete since delivery had been tendered to an office of the Department of Health and Human Services, albeit not the "claims branch". The Department did not rely upon the statute of limitations in denying the claim. See Exhibit 9.

8. Although the claims branch had apparently moved from Room 18-20 of the Parklawn Building to Room 5C-10 of the same building, the applicable regulation, 25 C.F.R. 900.201, had never been amended. See Exhibits 10 and 11 hereto. In 1999 and at present the regulation calls for service of administrative claims on "the PHS Claims Branch, Room 18-20 Parklawn Building, 5600 Fishers Lane, Rockville, MD 20857, or at such other address as shall have been provided to the contractor in writing."

DATED in Anchorage, Alaska, this 16 day of February, 2006.

_____
John S. Hedland

Affidavit of John S. Hedland                4

SUBSCRIBED AND SWORN TO before me this 16 day of February, 2006.

_____
Notary Public in and for the State of Alaska
My commission expires: 1/24/08
Hedland, Brennan and Heideman
Attorneys for Plaintiff
s/John S. Hedland
Anchorage, Alaska 99501
Phone: (907) 279-5528
Fax: (907) 278-0877
E-mail: jhedland@hbhc.alaska.net
ABA No. 6903014

CERTIFICATE OF SERVICE

I certify that on the 16th of February 2006 a copy of the foregoing was served electronically on
Daniel R. Cooper, Jr., Assistant U.S. Attorney
s/John S. Hedland

Affidavit of John S. Hedland                    4