

DEPARTMENT OF HEALTH & HUMAN SERVICES

Program Support Center
Division of Acquisition Management, AOS

Claims Branch
Room 5C-10, Parklawn Building
5600 Fishers Lane
Rockville, Maryland 20857

October 22, 1999

RECEIVED
OCT 26 1999

Patrick M. Anderson, Attorney
Law Office of Hedland, Brennan, Heideman & Cooke
1227 West Ninth Avenue
Suite 300
Anchorage, Alaska 99501-3218

    Re: Michael Sheldon, for the Estate of Donna Marie Hart Sheldon,
        Daisy Hart and Jason Hart - Claim No. 00-0021

Dear Mr. Anderson:

This will acknowledge receipt of your clients' claim for the alleged wrongful death of Donna Sheldon as the result of medical care rendered by the Alaska Native Medical Center in Anchorage, Alaska starting on October 3, 1997. Your clients' claim was received in this office on October 22, 1999 for consideration and reply.

We are proceeding with our investigation into this matter.

Please forward to this office as soon as possible the following substantiating evidence:

1) **TWO COPIES** of all medical records and one copy of all radiology films for medical treatment rendered Donna Sheldon by all **private/non-Indian Health Service** facilities relating to the allegations contained in the claim;

2) One copy of all itemized medical bills and bills for funeral expenses;

3) Copy of the Autopsy Report;

4) Provide a statement addressing the reason(s) why the two year statute of limitations should not apply to this case;

5) Evidence substantiating any economic loss claimed as damages;

6) Full names, addresses, birth dates, kinship, and marital status of the decedent's survivors, including identification of those survivors who were dependent upon the decedent at the time of her death;

EXHIBIT 6
PAGE 1 OF 2

- 2 -

7) Any other evidence or information which may have a bearing on the responsibility of the U.S. Public Health Service for the damages or the death claimed.

Please forward all requested documentation directly to this office at the address in the upper right corner of this letter.

Upon receipt of the above evidence, we will proceed with the handling of your clients' claim. When our review is completed, the claim will be forwarded to the Office of the General Counsel in Washington, D.C. for a final determination. You will be notified in writing when the claim is transferred.

Yours truly,

*Debbie Watkins*

Debbie Watkins
Paralegal Specialist
Claims Branch, PSC/AOS/DAM
(301) 443-0993

EXHIBIT 6
PAGE 2 OF 2