

## Table of Contents

- Focus Of August Meeting: Alternatives For Ms
- The 2000/2001 CCML Annual Operating Plan
- Volunteer Librarian Needed
- Book Review
- CCML Reception At MCMLA 2000
- New Baby
- MCMLA 2000 Program Offers Variety and Inspiration
- Posters And Papers Show Members "Doing The Impossible"
- MCMLA Vital Statistics
- Great CEs Will Teach You To Do The Impossible
- Musings from Maxwell
- New Edition Of Hospital Library Management Text Published
- Membership News
- Health Events Calendar
- Education Events Calendar
- 2000-2001 CCML Budget Unveiled
- Oddities And Ends
- CCML Calendar
- Officers & Committees
- Publication Statement

Past editions of Council Quotes

July-August 2000
Volume 23 Number 4

Copyright, 2000

## Focus Of August Meeting: Alternatives For Ms
### Submitted By Jerry Carlson

Dr. Alan Bowling of the Rocky Mountain Multiple Sclerosis Center will present "Alternative Treatments in MS: What Works, What Holds Promise" at the August meeting, Wednesday, August 23, 9:30 a.m., at the Swedish Medical Center Conference Center in Englewood. The Rocky Mountain Multiple Sclerosis Center is a private, nonprofit institute that has been serving the MS community since 1978. Its mission is to conduct research to find the cause, cure, and treatments for MS, as well as to help patients with MS lead a quality life.

EXHIBIT 7

PAGE 1 OF 2

(847) 981-7134 (message line)
url: http://www.aap.org

Domestic Violence Awareness Month
National Coalition Against Domestic Violence
6400 Flank Drive, Suite 1300
Harrisburg, PA 17112-2778
Contact: National Resource Center
(800) 557-2238
(303) 839-1852
url: http://www.ncadv.org

National Fire Prevention Week, October 8-14, 2000
National Fire Protection Association
P.O. Box 9101
1 Batterymarch Park
Quincey, MA 02269
(800) 344-3555 (orders only)
Contact: Public Affairs Division
custserv@nfpa.org
url: http://www.nfpa.org

Child Health Day, October 2, 2000
U.S. Department of Health and Human Services
Health Resources and Services Administration
Maternal and Child Health Bureau
Parklawn Building, Room 18-20
5600 Fishers Lane
Rockville, MD 20857
Contact: Patricia Campbell, Public Affairs Specialist
(301) 443-0205
pcampbell@hrsa.dhhs.gov
url: http://www.mchb.hrsa.gov

National School Bus Safety Week, Oct. 15-21, 2000
National School Transportation Association
P.O. Box 2639
Springfield, VA 22152
Contact: Karen Finkel
(703) 644-0700

National Collegiate Alcohol Awareness Week, October 16-22, 2000
Intersocial Task Force on Campus Alcohol and Other Substance Abuse Issues
P.O. Box 100430
Denver, CO 80250
(303) 871-3068

Return to Table of Contents

EXHIBIT 7
PAGE 2 OF 2