EXHIBIT 8 TO JOHN S. HEDLAND'S AFFIDAVIT TO BE FILED
CONVENTIONALLY – Exceeds file size limit