**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the General Counsel
General Law Division

330 Independence Avenue, S.W.
Rm. 4760 Wilbur J. Cohen Federal Building
Washington, DC 20201

DEC 30 2004

**CERTIFIED-RETURN
RECEIPT REQUESTED**

**RECEIVED**

JAN 0 3 2005

HEDLAND, BRENNAN & HEIDEMAN

John S. Hedland, Esquire
HEDLAND, BRENNAN & HEIDEMAN
1227 West Ninth Avenue, Suite 300
Anchorage, Alaska 99501-3218

RE:   Administrative Tort Claim of Michael Sheldon et al, Claim No. 00-0021

Dear Mr. Hedland:

Your firm filed an administrative claim under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680 ("FTCA"), on behalf of your clients, Michael Sheldon, Daisy and Jason Hart, and the estate of Donna Hart Sheldon, for personal injury and wrongful death. Our denial letter dated December 7, 2004 was returned as un-delivered. We are therefore sending the denial to you with a copy to Mr. Sheldon. Claimants allege that the medical staff at the Alaska Native Medical Center failed to properly monitor the decedent, Donna Hart Sheldon, during surgery on October 3, 1997 for the possibility of developing aspiration pneumonia, and also failed to properly diagnose and treat her pneumonia, leading to her death on October 16, 1997.

The FTCA authorizes the settlement of any claim of money damages against the United States for, *inter alia*, injury or death caused by the negligent, or wrongful, act or omission of any employee of the Federal Government, while acting within the scope of employment. Under the FTCA, said act or omission must be such that the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred. 28 U.S.C. § 2672.

This letter constitutes the notice of final determination on this claim, as required by 28 U.S.C. §§ 2401(b), 2675(a). The claim of Michael Sheldon, Daisy and Jason Hart, and the estate of Donna Hart Sheldon is denied. The evidence fails to establish that the alleged injury was due to the negligent or wrongful act or omission of a federal employee acting within the scope of employment.

If your clients are dissatisfied with this determination, they are entitled to:

1. file a written request with the agency for reconsideration of the final determination denying the claim within six (6) months from the date of mailing of this determination (28 C.F.R. § 14.9); or

EXHIBIT 9
PAGE 1 OF 2

In the event that your clients request reconsideration, the agency will review their claim within six (6) months from the date the request is received. If the reconsidered claim is denied, your client may file suit within six (6) months from the date of mailing of the final determination.

                              Sincerely,

                              Lisa Barsoomian
                              Deputy Associate General Counsel
                              Claims and Employment Law Branch

cc:

Mr. Michael Sheldon

EXHIBIT 9
PAGE 2 OF 2