1 of 1 DOCUMENT

LEXIS LAW PUBLISHING'S CODE OF FEDERAL REGULATIONS
Copyright © 1999, LEXIS Law Publishing

TITLE 25 -- INDIANS
REVISED AS OF APRIL 1, 1999
CHAPTER V -- BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR, AND INDIAN HEALTH SERVICE, DEPARTMENT OF HEALTH AND HUMAN SERVICES
PART 900 -- CONTRACTS UNDER THE INDIAN SELF-DETERMINATION AND EDUCATION ASSISTANCE ACT
SUBPART M -- FEDERAL TORT CLAIMS ACT COVERAGE GENERAL PROVISIONS PROCEDURE FOR FILING MEDICAL-RELATED CLAIMS

25 CFR 900.201

§ 900.201 How should claims arising out of the performance of medical-related functions be filed?

Claims should be filed on Standard Form 95 (Claim for Damage, Injury or Death) or by submitting comparable written information (including a definite amount of monetary damage claimed) with the Chief, PHS Claims Branch, Room 18-20, Parklawn Building, 5600 Fishers Lane, Rockville, MD 20857, or at such other address as shall have been provided to the contractor in writing.

HISTORY: [61 FR 32482, 32531, June 24, 1996]

AUTHORITY: AUTHORITY NOTE APPLICABLE TO ENTIRE PART:
25 U.S.C. 450f et seq.

NOTES: [EFFECTIVE DATE NOTE: 61 FR 32482, 32531, June 24, 1996, which added Part 900, became effective Aug. 23, 1996.]
NOTES APPLICABLE TO ENTIRE TITLE:
CROSS REFERENCES: Regulations pertaining to migratory birds, applicable to Indians living on reservations: See Wildlife and Fisheries, 50 CFR chapter I.
Bureau of Land Management regulations pertaining to Indians: See Bureau of Land Management, 43 CFR part 2530.
Public Health regulations pertaining to contracts and health: See Public Health, 42 CFR chapter I.
Other regulations issued by the Department of the Interior appear in title 30, chapters II, III, IV, VI, VII; title 36, chapter I; title 41, chapter 114; title 48, chapter 14; title 43; and title 50, chapters I and IV, Code of Federal Regulations.

EXHIBIT 10
PAGE 1 OF 1