## HISTORY:

This 34-year-old woman reportedly died with multiorgan system failure subsequent to a surgical procedure reported to be a fallopian tubal reanastomosis performed on October 3, 1997. A clinical impression of aspiration pneumonia and Adult Respiratory Distress Syndrome is described.

PRIVILEGED DOCUMENT
Do not Duplicate nor Distribute
AS12.65.020(b)

## EXTERNAL EXAMINATION:

The body is received in a white plastic body bag liner. Within the body bag liner is a hospital type gown which is inscribed Providence Health Systems. After removal of the decedent's hospital type gown the body is found to be nude and is that of a well-developed, slightly obese Native female appearing approximately the stated age. The body is 5'4" in length and weighs 178 lbs. The head is normocephalic and the scalp is covered by long straight brown hair with red highlights. The hair measures up to approximately 50 cm in length. The irides are brown and the pupils are round, equal and measure 6 mm in diameter. Scattered petechial hemorrhage-like collections of extravasated blood are noted over the sclerae and conjunctivae bilaterally with focal confluence of petechial hemorrhage noted on the left upper scleral surface. Marked edema of the eyelids is noted bilaterally. The nose and ears are free of congenital deformities and appear unremarkable. The left earlobe is remarkable for the presence of a pair of cosmetic ear perforations, and the right earlobe is remarkable for the presence of a pair of cosmetic ear perforations. The natural teeth are present and in a state of good repair. The anterior tip of the protuberant tongue is remarkable for the presence of multiple areas of yellow-white discoloration possibly representing mucosal necrosis, perhaps incident to pressure from endotracheal tube. No specific injuries are otherwise noted in the mouth. The neck, chest, abdomen, back and extremities are free of congenital deformities and are unremarkable. The fingernails are of medium length and without underlying hair, tissue or foreign material. The genitals are those of a normal adult female. Some maceration-like change about the genitals and upper medial thighs is noted with loss of the superficial cutaneous skin layers. In addition, multiple areas of yellow-white change on the mucosal surfaces of the genitals including the labia majora and about the urethra and hymenal tissues is noted. In addition, about the posterior forchette a similar yellow-white lesion is noted and some edematous-like swelling of the tissues of the introitus is noted. The anus is unremarkable.

## SCARS AND IDENTIFYING MARKS:

About the right wrist is an identification band inscribed Hart, Donna M. with numbers: 80955412, 111083, a date of 10/13/97 and a physician name of Thomas Wood, M.D. A similarly inscribed charge bracelet inscribed P.T.B. 8561 is also noted about the right wrist as well as a red bracelet inscribed Penicillin. On the right upper abdominal quadrant is a 28 cm long x 1.5 cm wide, oblique, old well-healed scar. On the right anterolateral flank is a roughly transversely oriented old well-healed scar which measures approximately 6 x 0.8 cm. This latter scar is flanked by punctate scars consistent with surgical closure. No other scars, tattoos or identifying marks are noted over the surface of the body.

## EVIDENCE OF THERAPY:

Emerging from the left naris is a nasogastric type tube. The tip of the nasogastric type tube is subsequently identified in the stomach. Emerging from the mouth and stabilized in place with tape is an endotracheal tube. The tip of the endotracheal tube is subsequently identified in the trachea. Emerging from the right naris is a gauze sponge which appears to have been inserted in the manner of nasal packing. Overlying the right clavicle is a multilumen yellow catheter which is inserted through the skin, sutured in place and covered with an occlusive clear dressing. This dressing bears the date of 10/14 and an additional indicator of 03. On the right antecubital fossa are multiple puncture wounds consistent with diagnostic or therapeutic intravascular access attempts.

Multiple similar puncture wounds are elsewhere noted over the body including over the extensor right hand, flexor right wrist (over the radial artery), left antecubital fossa, and extensor left hand. On the skin overlying the flexor left wrist overlying the radial artery is an intracath which is stabilized in place with tape and a clear occlusive dressing. Overlying the extensor left forearm is an intracath which is stabilized in place with tape and a clear occlusive dressing. On the anterior abdomen in the usual location for a low transverse incision is a 13 cm long recent incision which is superficially closed with Steri-strip closures. On the skin of the right anterior thigh at the level of the inguinal ligament is an intracath with a pair of large bore connectors with color codes of red and blue respectively. No other evidence of therapeutic intervention is noted over the surface of the body.

**EVIDENCE OF INJURY:**
No evidence of significant injury is noted over the surface of the body.

**INTERNAL EXAMINATION:**
The body is opened through the usual Y-shaped incision to reveal approximately 2-3 cm of subcutaneous fat overlying unremarkable red-brown musculature. The right pleural space shows widespread pleural adhesions which are reducible with moderate effort and blunt dissection. The right pleural space contains approximately 50 ml of serous fluid. The left pleural space contains approximately 100 ml of serous fluid. The peritoneal cavity contains approximately 250 ml of serosanguinous fluid. The serosanguinous fluid is free of foul odor. No evidence of purulent material within the abdominal cavity is noted.

The pericardial sac contains approximately 15 ml of serous fluid.

PRIVILEGED DOCUMENT
Do not Duplicate nor Distribute
AS12.65.020(b)

**MUSCULOSKELETAL SYSTEM:**
The musculoskeletal system is intact.

**CARDIOVASCULAR SYSTEM:**
The 350 gram heart has a smooth and glistening epicardial surface which is covered by a normal pericardial sac. The coronary arteries follow the usual courses and distributions and are free of evidence of atherosclerosis or other specific findings, with the exception of a relatively small caliber of indeterminate significance. The cardiac valves and chambers bear the usual size and position relationships and are unremarkable. The valves are unremarkable and free of evidence of endocarditis. The myocardium is floppy, tan-brown and free of evidence of recent or remote fibrosis or necrosis. The great vessels follow the usual courses and distributions and are unremarkable. No evidence of thrombus or embolus is noted within the vascular system, and no evidence of pulmonary embolus is noted in examination of the pulmonary vessels.

**RESPIRATORY SYSTEM:**
The larynx, trachea, and mainstem bronchi are unremarkable along their external and mucosal surfaces. The previously described endotracheal tube is found within the tracheal lumen. The left sternocleidomastoid muscle shows scattered focal areas of extravasated blood, however, the hyoid bone and thyroid cartilage are intact. The right and left lungs weigh 1,440 grams and 1,420 grams, respectively. The left lung shows a pleural surface which is smooth, glistening and unremarkable. The right lung shows a pleural surface which is remarkable for the presence of widespread pleural adhesions which appear older than the patient's described recent hospital course. The pulmonary parenchyma shows widespread multifocal areas of discoloration reminiscent of an aspiration pneumonia. These widespread areas of discoloration are free of convincing purulence and appear to consist of almost geographically distributed areas of discrete change ranging up to one or several centimeters in greatest

SME98-275
Page 4
EXHIBIT 8
PAGE 7 OF 13
EXHIBIT A
PAGE 4 OF 6

dimension. The periphery of the lung at its pleural surface shows much less pronounced involvement. No evidence of intraparenchymal pulmonary embolus or mass lesions are noted within the lungs.

## GASTROINTESTINAL SYSTEM:

The esophagus, stomach, small and large intestines are unremarkable along their external and mucosal surfaces. The appendix is absent. The stomach contains approximately 50 ml of pasty maroon-brown material within which no convincing medications or identifiable particulate food material is noted. The mesentery and retroperitoneum is free of evidence of mass lesions or fluid collections. The serosal surfaces of the gastrointestinal tract are smooth, glistening, and free of evidence of recent adhesion or other specific abnormalities with the exception of scattered, fairly dense adhesions in the right upper quadrant presumably incident to remote cholecystectomy. The 2,240 gram liver has a smooth capsule and the parenchyma is yellow-tan. On cut section, gross findings suggestive of hepatic steatosis are noted, pending microscopic examination. No focal lesions are noted within the liver. The gallbladder is absent and the gallbladder fossa is remarkable for the presence of scattered surgical clips. Bile drainage appears unobstructed.

## HEMATOPOIETIC SYSTEM:

The 150 gram spleen has a smooth capsule which is remarkable for a geographic mottling consisting of a rim of yellow-white discoloration surrounding a central area of pink apparent necrosis. On section, the spleen shows a diffuse involvement of the splenic parenchyma by this geographic process. The lymph nodes and bone marrow appear unremarkable.

PRIVILEGED DOCUMENT
Do not Duplicate nor Distribute
AS12.65.020(b)

## ENDOCRINE SYSTEM:

The pancreas appears unremarkable with some evidence of postmortem autolysis. The adrenals show marked apparent stress involution. The thyroid and pituitary are unremarkable.

## GENITOURINARY SYSTEM:

The right and left kidneys weigh 190 and 170 grams, respectively. The capsules strip bilaterally with ease. The cortices have a yellow-red color and the cortices and medullae show fairly poor demarcation of their respective areas. The papillae, calyces, pelves, ureters and bladder are unremarkable. Close inspection of the pelves and ureter for obstructive dilatation reveals no such changes. The bladder is free of significant urine. The vaginal mucosa is unremarkable. The uterus is unremarkable and free of evidence of pregnancy. The endometrial cavity is of normal size and the endometrial surface is unremarkable and free of convincing evidence of purulence or other specific abnormality. The right and left ovaries are unremarkable. The right and left fallopian tubes show the clinically recorded fallopian tubal reanastomosis sites to be intact and free of evidence of significant purulence or other specific findings. The recent surgical incision is free of evidence of convincing wound infection or other specific abnormality.

## HEAD:

Reflecting the scalp discloses no areas of significant extravasated blood in the subcutaneous tissues of the scalp. Reflecting the calvarium reveals the presence of a 1300 gram brain which is of the normal external configuration and vascularity. No evidence of purulence is noted in the meninges, which are clear and unremarkable. No evidence of epidural, subdural, or subarachnoid extravasated blood is noted. Serial coronal sections through the cerebrum, brainstem and cerebellum reveal no evidence of focal lesions and are unremarkable. Stripping dura from skull and calvarium reveals no evidence of occult skull fracture. The cervical spine is intact.

SME98-275
Page 5

EXHIBIT 8
PAGE 5 OF 13

EXHIBIT A
PAGE 5 OF 6

**TOXICOLOGY:**
Blood is harvested should subsequent toxicologic examination become indicated.

**COMMENT:**
Small fragments of tissue and lung tissue for possible culture are submitted to Dr. Eklund (Alaska Native Hospital) should an emergent review for infectious disease become indicated on a public health basis.

**MICROSCOPIC EXAMINATION (20 BLOCKS):**
**Heart:** Minute foci of myocardial injury and necrosis are noted with focal extravasated blood and rare neutrophils.

**Lungs:** In multiple sections, a diffuse lung injury is present, consistent with Diffuse Alveolar Damage (DAD). The DAD shows early organizational changes, focal areas of hyaline membrane formation pneumocytic hyperplasia of alveolar lining cells with marked cytologic atypia. Marked focal variability of injury severity is noted with the worst injury involving necrotic change and severe DAD in a bronchocentric distribution. Several areas contain "cornflake-like" squamous cells (which may be an indicator of aspiration in some cases). It is acknowledged that these features do not constitute definitive evidence of aspiration.

**Liver:** Marked pericentrovenous necrosis (central necrosis) is noted without significant inflammatory reaction. Microvesicular hepatic steatosis is also noted.

**Kidney:** Marked autolytic change is noted.

PRIVILEGED DOCUMENT
Do not Duplicate nor Distribute
AS12.65.020(b)

**Spleen:** Geographic splenic necrosis is noted with thrombi noted in splenic arterioles.

**Pancreas, thyroid, adrenal:** Unremarkable but with marked adrenal cortical lipid depletion.

**Ovary, uterus:** Unremarkable.

**Brain:** Unremarkable.

SME98-275
Page 6
EXHIBIT 8
PAGE 9 OF 13
EXHIBIT A
PAGE 6 OF 6

**FedEx USA Airbill**   Tracking Number: 7648068503   Recipient's Copy

**From**  10/14/99

Sender's Name: Patrick Anderson   Phone: 907 279-5528

Company: Hedland, Brennan, Heideman & Cooke   Dept/Floor Suite/Room: 300

Address: 1227 W 9th Ave., #300

Anchorage   State: AK   Zip: 99501

Your Internal Billing Reference Information: Michael Sheldon

**To**

Recipient's Name: Department of H&HS
PublickHealth Claims Branch
Parklawn Buildingg   Dept/Floor Suite/Room: Rm 18-20

Address: 5600 Fishers Lane

Rockville   State: MD   Zip: 27857

**4 Service:** [X] FedEx Standard Overnight

**5 Packaging:** [X] FedEx Letter

**7 Payment:** Bill to: [X] Sender

232

EXHIBIT 8  PAGE 10 OF 13

EXHIBIT B  PAGE 1 OF 1



Federal Express Corporation  US M̄ ⎵x 727   Telephone: 901-922-1616
Customer Relations          Memp̄ ⎵8194-4634
Delivery Code: 4634
3875 Airways Boulevard, 3rd Floor
Memphis, TN 38116




October 22, 1999

Ms. Theresa Wilson
Hedland Brennan Heidman & Cook
1227 W. 9th Ave., Ste. 300
Anchorage, AK 99501

Dear Ms. Wilson:

I am writing in regard to the October 14 shipment under package tracking number 7648068503.

I have carefully reviewed our records relative to this shipment and certainly understand your frustration. According to our records, this shipment was tendered to FedEx on Thursday, October 14, for delivery by 3:00 p.m. on Friday, October 15. Unfortunately, due to an incomplete address on the airbill – specifically, a missing suite number - this package was not delivered as anticipated. Although, due to the logistics of transporting over three million packages throughout the day and night, we are unable to offer, as a service, immediate notification when a delivery problem has been encountered, we certainly regret that you were not advised of this matter in a more timely manner. Ultimately, this shipment was returned to the shipper location under package tracking number 442729514668, with final delivery to the shipper location being recorded at 2:48 p.m. on Wednesday, October 20.

On behalf of FedEx, I sincerely apologize for any inconvenience caused by this incident. We are aware that our customers expect only the best possible service, and we are always concerned when problems occur. We value the trust that our customers place in us to handle their priority package needs. As a modest gesture of goodwill, and our commitment to customer satisfaction, we hope that you will accept the attached complimentary coupons. We would very much appreciate an opportunity in the near future to better serve your express shipping needs. I hope that you have found our efforts in the past to be satisfactory in every other respect.

Sincerely,

John C. Leek
Customer Relations Department

EXHIBIT 8
PAGE 12 OF 13

EXHIBIT D
PAGE 1 OF 1

# FedEx USA Airbill

Tracking Number: 7648068492

**Sender's Copy**

## 1 From (please print)

Date: 10/21/99

Sender's FedEx Account Number: 1192-9824-5

Sender's Name: Patrick Anderson   Phone: (907) 279-5528

Company: HEDLAND BRENNAN HEINDEMAN & COOKE   Dept/Floor Suite/Room: #300

Address: 1227 West 9th Avenue, Suite 300

City: Anchorage, AK   State: AK   Zip: 99501

## 2 Your Internal Billing Reference Information
(Optional) (First 24 characters will appear on invoice)

## 3 To (please print)

Recipient's Name: Debbie Watson   DEPT. of H & HS   Phone: (301) 443-0993

Company: Public Health Claims Br.   Dept/Floor Suite/Room: Rm 5 C-10

Address: Parklawn Bldg, 5600 Fishers Lane

City: Rockville   State: MD   Zip: 20857

For "HOLD" Service check here: [ ] Weekday  [ ] Saturday

For Saturday Delivery check here: [ ]

## 4 Service
[X] FedEx Standard Overnight
[ ] FedEx Priority Overnight
[ ] FedEx 2Day
[ ] FedEx Govt. Overnight
[ ] FedEx Overnight Freight
[ ] FedEx 2Day Freight
[ ] NEW FedEx First Overnight

## 5 Packaging
[X] FedEx Letter
[ ] FedEx Pak
[ ] FedEx Box
[ ] FedEx Tube
[ ] Other Packaging

## 6 Special Handling
Does this shipment contain dangerous goods?
[ ] Yes   [ ] Yes (Shipper's Declaration)
[ ] Dry Ice   [ ] Cargo Aircraft Only

## 7 Payment
Bill to: [X] Sender  [ ] Recipient  [ ] Third Party  [ ] Credit Card  [ ] Cash/Check

FedEx Account No.:
Credit Card No.:   Exp. Date:

Total Packages:   Total Weight:   Total Declared Value: $ .00   Total Charges:

## 8 Release Signature
D. Pitts
232

Rev. Date 7/95 • PART #147382
©1994-95 FedEx • PRINTED IN U.S.A.

Questions? Call 1·800·Go·FedEx

*The World On Time*