John S. Hedland
Hedland, Brennan & Heideman
1227 West 9th Avenue, Suite 300
Anchorage, Alaska 99501
Phone: (907) 279-5528
Fax: (907) 278-0877
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal Representative of the estate of Donna Marie (Hart) Sheldon, deceased,<br><br>                Plaintiff.<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-119 CV [RRB] |

## AFFIDAVIT OF JOHN C. LEEK

STATE OF TENNESSEE         )
                                     ) ss.
COUNTY OF SHELBY           )

      John C. Leek, being first duly sworn upon oath, deposes and states:

      1.     I am employed in the customer relations department of Federal Express corporation in Memphis, Tennessee and have been so employed since November 23, 1983. In that capacity, it was my responsibility to look into the circumstances of an October 14, 1999, shipment under package tracking number 7648068503. This affidavit is based upon my review of documents maintained or generated by FedEx and my knowledge of the practices and procedures of FedEx.

2.  Typically, FedEx would not retain any backup information for a package delivered in 1999. For the shipment under tracking number 7548068503, FedEx has only a letter written by me to Theresa Wilson at Hedland, Brennan, Heideman & Cook dated October 22, 1999. Attached as Exhibit A hereto is a true and accurate copy of that letter.

3.  Under FedEx policies, a package would be delivered to the address on the airbill and tendered to the persons occupying that address, unless rejected by the occupants. The FedEx courier would not fail to tender delivery to the room number to which the package was addressed on his or her own determination.

DATED in Memphis, Tennessee this __8__ day of __February__, 2006.

_____
John C. Leek

SUBSCRIBED AND SWORN TO before me this __8__ day of February, 2006.

_____
Notary Public in and for the State of Tennessee

My Commission Expires:

_____
My Commission Exp. June 7, 2008