Federal Express Corporation  US M   ox 727        Telephone: 901-922-1616
Customer Relations          Mem[.  ]8194-4634
Delivery Code: 4634
3875 Airways Boulevard, 3rd Floor
Memphis, TN 38116





October 22, 1999

Ms. Theresa Wilson
Hedland Brennan Heidman & Cook
1227 W. 9th Ave., Ste. 300
Anchorage, AK 99501

Dear Ms. Wilson:

I am writing in regard to the October 14 shipment under package tracking number 7648068503.

I have carefully reviewed our records relative to this shipment and certainly understand your frustration. According to our records, this shipment was tendered to FedEx on Thursday, October 14, for delivery by 3:00 p.m. on Friday, October 15. Unfortunately, due to an incomplete address on the airbill – specifically, a missing suite number - this package was not delivered as anticipated. Although, due to the logistics of transporting over three million packages throughout the day and night, we are unable to offer, as a service, immediate notification when a delivery problem has been encountered, we certainly regret that you were not advised of this matter in a more timely manner. Ultimately, this shipment was returned to the shipper location under package tracking number 442729514668, with final delivery to the shipper location being recorded at 2:48 p.m. on Wednesday, October 20.

On behalf of FedEx, I sincerely apologize for any inconvenience caused by this incident. We are aware that our customers expect only the best possible service, and we are always concerned when problems occur. We value the trust that our customers place in us to handle their priority package needs. As a modest gesture of goodwill, and our commitment to customer satisfaction, we hope that you will accept the attached complimentary coupons. We would very much appreciate an opportunity in the near future to better serve your express shipping needs. I hope that you have found our efforts in the past to be satisfactory in every other respect.

Sincerely,

John C. Leek
Customer Relations Department

EXHIBIT A
PAGE 1 OF 1