IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MICHAEL SHELDON, as personal )
representative of the estate of Donna )
Marie (Hart) Sheldon, deceased, )
)
               Plaintiff, )
   vs. )
)
UNITED STATES OF AMERICA, )
)
           Defendant. )
_____ )   Case No.  A05–119 CV  [RRB]

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.2(a), plaintiff hereby requests oral argument on defendant's Motion to Dismiss.

Dated at Anchorage, Alaska this 28th day of February 2006.

Hedland, Brennan and Heideman
Attorneys for Plaintiff
s/John S. Hedland
Anchorage, Alaska 99501
Phone: (907) 279-5528
Fax: (907) 278-0877
E-mail: jhedland@hbhc.alaska.net
ABA No. 6903014

CERTIFICATE OF SERVICE

I certify that on the 28th day of February 2006 a copy of the foregoing was served electronically on:

Daniel R. Cooper, Jr., Assistant U.S. Attorney
s/John S. Hedland