UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  MICHAEL SHELDON  </u>   v.   <u> USA </u>

DATE:   <u>  March 1, 2006  </u>   CASE NO.   <u>  3:05-CV-0119-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING ORAL ARGUMENT**

---

Pursuant to Plaintiff's request, oral argument will be held on Defendant's Motion to Dismiss (Docket 9) on **Thursday, March 23, 2006, at 10:30 a.m.**, in Courtroom 2.