DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER,  JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-2344 - Fax
daniel.cooper@usdoj.gov


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| MICHAEL SHELDON, as personal representative of the Estate of Donna Marie (Hart) Sheldon, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:05-cv-119-RRB |
| vs | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | **SCHEDULING AND PLANNING CONFERENCE REPORT** |
| Defendant. | ) ) | |


1.    **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held

telephonically on April 21, 2006, and was attended by:

John S. Hedland         attorney for plaintiff

Daniel R. Cooper, Jr.    attorney for defendant

The parties recommend the following:

2.      **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

      \_\_\_\_  have been exchanged by the parties

      X  will be exchanged by the parties by May 5, 2006.

      Proposed changes to disclosure requirements:  (*Insert proposed changes, if any*)

      Preliminary witness lists

      \_\_\_\_  have been exchanged by the parties

      X  will be exchanged by the parties by May 5, 2006

3.      **Contested Issues of Fact and Law**.   Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Liability, causation and damages are at issue.

4.      **Discovery Plan**.  The parties jointly propose to the court the following discovery plan.

      A. Discovery will be needed on the following issues:

      Liability, causation and damages

      B. All discovery commenced in time to be completed by January 31, 2007. ("discovery close date").

      C.  Limitations on Discovery.

1.  Interrogatories

    <u>X</u>  No change from F.R.Civ.P. 33(a)

    Maximum _____     by each party to any other party.
    of _____

    Responses due     days.
    in _____

2.  Requests for Admissions.

    <u>X</u>  No change from F.R.Civ.P. 36(a).

    Maximum _____      requests.
    of _____

    Responses due     days.
    in _____

3.  Depositions.

    <u>X</u>  No change from F.R.Civ.P. 36(a), (d).

    Maximum _____      depositions by each party.
    of _____

    Depositions not to _____     hours unless agreed to by all
    exceed                       _____ parties.

D.   Reports from retained experts.

    _____ Not later than 90 days before the close of discovery subject to
    F.R.Civ.P 26(a)(2)(C).

_X_  Reports due:

From plaintiff: November 30,    From defendant: November 30,
2006    2006

E.    Supplementation of disclosures and discovery responses are to be
made:

_____    Periodically at 60-day intervals from the entry of scheduling
and planning order.

_X_    As new information is acquired, but not later than 60 days
before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a
party may wish to call at trial, will be due:

_____    45 days prior to the close of discovery.

_X_    Not later than January 1, 2007

5.    **Pretrial Motions**.

_X_    No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all
that apply]

_____    Motions to amend pleadings or add parties to be filed not later than
(_insert date_).

Motions under the discovery rules must be filed not later than
_____    (_insert date_).

____ Motions in limine and dispositive motions must be filed not later than (*insert date*).

6.   **Other Provisions**:

A.   X   The parties do not request a conference with the court before the entry of the scheduling order.

____ The parties request a scheduling conference with the court on the following issue(s):
(*Insert issues on which a conference is requested*)

B.   Alternative Dispute Resolution.  [D.Ak. LR 16.2]

X   This matter is not considered a candidate for court-annexed alternative dispute resolution.

____ The parties will file a request for alternative dispute resolution not later than (*insert date*).

____ Mediation     ____ Early Neutral Evaluation

C.   The         do   X   not consent to trial before a magistrate
     parties   ___     ____   judge.

D.   Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

All parties have             Compliance not required by any
____ complied               X  party

7.   **Trial**.

A.   The matter will be ready for trial:

____ 45 days after the discovery close date.

<u>  X  </u>  not later than April1, 2007.

B.    This matter is expected to   5   days to try.
take   <u>     </u>

C.    Jury          Yes  X  No
Demanded    <u>   </u>    <u>   </u>

Right to jury trial disputed?  <u>   </u>  Yes  <u> X </u> No

Dated: April 26, 2006.

MICHAEL SHELDON, as personal representative of the Estate of Donna Marie (Hart) Sheldon, deceased,

by:  <u>s/ John S. Hedland         </u>
    John S. Hedland
    Hedland, Brennan & Heideman, PC
    1227 W. 9th Ave, Suite 300
    Anchorage, AK 99501-3218
    Phone: 279-5528
    Fax: 278-0877
    AK #6903014

DEBORAH M. SMITH
Acting United States Attorney

<u>s/ Daniel R. Cooper, Jr.      </u>
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109