IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the estate of Donna Marie (Hart) Sheldon, deceased,<br><br>           Plaintiff,<br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. A05–119 CV [RRB] |

## **STIPULATION**

The parties hereto, by their undersigned attorneys, stipulate and agree that all pretrial deadlines that have not yet occurred be extended for a period of 90 days. This stipulation is necessitated by the fact that family emergencies, medical issues, and other factors beyond the control of the parties have delayed pretrial preparations.

Dated at Anchorage, Alaska this 2nd day of November 2006.

                                                        Hedland, Brennan and Heideman
                                                        Attorneys for Plaintiff
                                                        s/John S. Hedland
                                                        1227 W. 9th Avenue, Suite 300
                                                        Anchorage, Alaska 99501
                                                        Phone: (907) 279-5528
                                                        Fax: (907) 278-0877
                                                        E-mail: jhedland@hbhc.alaska.net
                                                        ABA No. 6903014

Dated at Anchorage, Alaska this 2nd day of November 2006.

        Daniel R. Cooper, Jr.
        U.S. Attorneys Office
        Attorneys for Defendant
        <u>s/Daniel R. Cooper, Jr.</u>
        Federal Building, U.S. Courthouse
        222 West 7th #9, Room 253
        Anchorage, Alaska  99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-2344
        E-mail: daniel.cooper@usdoj.gov
        ABA No. 6903014

<u>CERTIFICATE OF SERVICE</u>

I certify that on the 1st day of November 2006 a copy of the foregoing was served electronically on
<u>Daniel R. Cooper, Jr., Assistant U.S. Attorney</u>
s/John S. Hedland