UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


SHELDON   v.   USA

DATE:   November 3, 2006      CASE NO.   3:05-CV-0119-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING STIPULATION AND EXTENDING DEADLINES**

---

Pursuant to the parties' Stipulation at Docket 24, the following deadlines are extended for 90 days: Discovery closure is extended to **April 30, 2007**, and motions deadline is extended to **June 1, 2007.**

M.O. GRANTING STIPULATION