IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the estate of Donna Marie (Hart) Sheldon, deceased,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No.  A05–119 CV  [RRB] |

## MOTION FOR *IN CAMERA* INSPECTION OF DOCUMENTS

Plaintiff respectfully moves this court for *in camera* inspection of documents withheld by the government under claims of privilege, CLM 66-81. This motion is based on the annexed affidavit and memorandum.

Dated at Anchorage, Alaska this 16th day of February 2007.

　　　　　　　　　　　　　　　　　Hedland, Brennan and Heideman
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　/s/ John S. Hedland
　　　　　　　　　　　　　　　　　Anchorage, Alaska 99501
　　　　　　　　　　　　　　　　　Phone: (907) 279-5528
　　　　　　　　　　　　　　　　　Fax: (907) 278-0877
　　　　　　　　　　　　　　　　　E-mail: jhedland@hbhc.alaska.net
　　　　　　　　　　　　　　　　　ABA No. 6903014

　　　CERTIFICATE OF SERVICE
I certify that on the 16 day of February 2007 a copy of the foregoing was served electronically on:
Daniel R. Cooper, Jr., Assistant U.S. Attorney
s/John S. Hedland