

**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

*Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*     Commercial: (907) 271-5071
*Anchorage, Alaska 99513-7567*            Fax Number: (907) 271-2344

May 19, 2006

**RECEIVED**

MAY 19 2006

John S. Hedland
Hedland, Brennan and Heideman
1227 West 9th Avenue, Suite 300
Anchorage, Alaska 99501

HEDLAND, BRENNAN & HEIDEMAN

Re:   Civil Rule 26(a)(1) Initial Disclosures
      *Sheldon v. United States*
      Case No. 3:06-cv-0119-RRB

**PERSONALLY DELIVERED**

Dear John:

The United States hereby submits copies of its discoverable documents and records in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure. These records have been numbered and stamped CLM 1 - 676. The below referenced privileged documents have been withheld from this production.

Privileged Documents: Defendant claims privilege and protection from discovery under the attorney-client privilege, work product protection, and/or quality assurance review for any reports, memoranda, notes, research, and work product of the United States Attorney's Office, the Department of Health & Human Services (DCLM) and Indian Health Service (IHS), and/or the DCLM Claims Branch regarding Plaintiff's administrative tort claim and lawsuit, including any communications between the DCLM Claims Branch or counsel for the United States and any representatives or personnel of the Alaska Native Medical Center regarding the investigation or evaluation of Plaintiff's administrative tort claim and lawsuit including:

| | |
|---|---|
| CLM 1- 12 | Litigation Report (Attorney-client privilege, work product) |
| CLM 21 - 45 | Paralegal Working notes and analysis (Work product) |
| CLM 61 - 64 | Paralegal working notes and memorandum (Work product) |
| CLM 66 - 81 | Peer review correspondence and findings AS 18.23.030, *et. seq.* |

EXHIBIT   A
PAGE   1   OF   2

John S. Hedland                                                                  Page 2
May 19, 2006

    CLM 87 - 94      Attorney-client privilege (correspondence re: claim)

    CLM 106 - 107    Attorney-client privilege (correspondence re: synopsis of care by facility regarding claim)

DEBORAH M. SMITH
Acting United States Attorney

*/s/ Daniel R. Cooper, Jr.*
Daniel R. Cooper, Jr.
Assistant U.S. Attorney

EXHIBIT A
PAGE 2 OF 2