IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the estate of Donna Marie (Hart) Sheldon, deceased,<br><br>           Plaintiff,<br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. A05–119 CV [RRB] |

## PROPOSED ORDER

The plaintiff's Motion for *In Camera* Inspection of Documents is granted. The government shall provide the court with the documents in question for review, and the court will provide them to plaintiff if it determines that they are not privileged.

Dated at Anchorage, Alaska this 16th day of February 2007.

                                          Hedland, Brennan and Heideman
                                        Attorneys for Plaintiff
                                        /s/ John S. Hedland
                                        Anchorage, Alaska 99501
                                        Phone: (907) 279-5528
                                        Fax: (907) 278-0877
                                        E-mail: jhedland@hbhc.alaska.net
                                        ABA No. 6903014

       CERTIFICATE OF SERVICE
I certify that on the 16 day of February 2007 a copy of the foregoing was served electronically on:
Daniel R. Cooper, Jr., Assistant U.S. Attorney
s/John S. Hedland