IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MICHAEL SHELDON, as personal )
representative of the estate of Donna )
Marie (Hart) Sheldon, deceased, )

                Plaintiff, )
vs. )

UNITED STATES OF AMERICA,
         )
                I)efcndant. )
                                  Case No. A05–119 CV [RRB ~

### AFFIDAVIT OF **JOHN** S. **HEDLAND**

STATE OF ALASKA                )
                                      ) ss.
THIRD JUDICIAL DISTRICT

John S. 1-ledland being first duly sworn upon oath, deposes and states:

1. I am the attorney for plaintiff in this action.

2. T have thoroughly reviewed correspondence and other documents generated in connection with the administrative claim submitted to the Department of Health and Human Services, and I have found no evidence of any involvement of an attorney prior to April 26, 2000. or for a long period thereafter. There was evidence of paralegal involvement, but, so far as I can determine. no indication that the paralegal was acting under the supervision of an attorney.

3. When this action was filed in 2005, I was informed by the United States Attorneys' Office that it was awaiting information from the Department that would enable it to file an answer, and agreed to a substantial extension of time. My clear

impression was that the United States Attorneys' Office had no information on the case whatsoever until the action was ailed.

DATED in Anchorage, Alaska, this 16th day of February 2007.

_____
John S. Hedland

SUBSCRIBED AND SWORN TO before me this 16l<sup>ll</sup> ay of February 2007.

_____
Notary Public in and for the State of Alaska
My commission expires: 1Z-4 i Ct 6

### CERTIFICATE OF SERVICl

I certify that on the 16<sup>ll</sup> of February 2007 a copy of the foregoing was served electronically on

Daniel R. Cooper, Jr., Assistant U.S. Attorney
s/John S. Hedland

LAW OFFICES
HEDLAND, BRENNAN & HEIDEMAN
A PROFESSIONAL CORPORATION
1227 WEST NINTH AVENUE, SUITE 300
ANCHORAGE, ALASKA 99501-3218
(907) 279-5528

Affidavit of John S. I Iedland