NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-2344 - Fax
daniel.cooper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the Estate of Donna Marie (Hart) Sheldon, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case 3:05-cv-00119-RRB<br><br>STIPULATION CONCERNING DISCOVERY DEADLINES |

  The parties, through counsel, stipulate and agree that expert reports shall be

due no later than May 31, 2007, and that discovery as to expert witnesses shall remain

1

open until July 30, 2007.  All other discovery shall close as previously ordered on April 30, 2007, and all motions shall be filed no later than June 1, 2007.[1]  The parties will file their final witness lists with the court on or before April 15, 2007.

The parties have entered into this stipulation because medical events and family emergencies have delayed discovery in the area of expert witnesses.  Depositions of fact witnesses have been occurring, and documents are being produced as they are discovered.

RESPECTFULLY SUBMITTED on February 26, 2007.

NELSON P. COHEN
United States Attorney

s/ Daniel R. Cooper, Jr.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

---

[1] Minute Order from Chambers at Docket 25.

        Hedland Brennan and Heideman
        Attorneys for Plaintiff

        s/John Hedland    (Consent)
        1227 W. 9th Ave., Suite 300
        Anchorage, Alaska 99501
        Phone:    (907)279-5528
        Fax:         (907)278-0877
        E-mail: jhedland@hbhc.alaska.net
        ABA No.    6903014

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2007,
a copy of the foregoing Stipulation Concerning
Discovery Deadlines  was served
electronically on John S. Hedland.

s/ Daniel R. Cooper, Jr.