IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the estate of Donna Marie (Hart) Sheldon, deceased,<br><br>               Plaintiff,<br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A05–119 CV [RRB] |

**STIPULATION AMENDING MOTION FOR *IN CAMERA*
INSPECTION OF DOCUMENTS FILED AT DOCKET 26
AND EXTENDING TIME FOR OPPOSITION TO BE FILED**

    The parties, through counsel, stipulate and agree as follows:

    1.    Defendant has recently provided to its counsel a transcript of a Mortality and Morbidity conference concerning Mrs. Sheldon, which conference was held on October 17, 1997. This conference was held well before the administrative claim (Form SF-95) was filed on behalf of Mrs. Sheldon, and before any lawyers were assigned to the case.

    2.    The United States, through counsel, has asserted that these documents are nonetheless privileged under the peer review privilege, the quality assurance review privilege, or the self-critical analysis privilege.

    3.    The documents are stamped and numbered SCF 000098-127.

    4.    Plaintiff disagrees that any privilege attaches to these documents, and wishes that the pending Motion for *In Camera* Inspection of Documents [Docket 26] be

treated as a motion to require production of these documents as well.

5. Defendant wishes to extend the filing date of its opposition to the motion at Docket 26. Plaintiff has no objection to the request for an extension of time.

6. The parties are entering this stipulation for the purpose of consolidating the issues before the court in one motion, and not for the purpose of delay.

Based upon the foregoing, the parties stipulate and agree as follows:

The pending motion at Docket 26 shall be treated as a motion to require production of the documents numbered SCF 000098-127. The United States shall have until March 5, 2007, to enter its opposition, if any, to the motion at Docket 26.

Dated at Anchorage, Alaska this 27th day of February 2007.

>Hedland, Brennan and Heideman
>Attorneys for Plaintiff
>s/John S. Hedland
>1227 W. 9th Avenue, Suite 300
>Anchorage, Alaska 99501
>Phone: (907) 279-5528
>Fax: (907) 278-0877
>E-mail: jhedland@hbhc.alaska.net
>ABA No. 6903014

Dated at Anchorage, Alaska this 27th day of February 2007.

>Daniel R. Cooper, Jr.
>U.S. Attorneys Office
>Attorneys for Defendant
>s/Daniel R. Cooper, Jr.
>Federal Building, U.S. Courthouse
>222 West 7th #9, Room 253
>Anchorage, Alaska 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-2344
>E-mail: daniel.cooper@usdoj.gov
>ABA No. 6903014

Motion for *In Camera* Inspection         - 2 -

CERTIFICATE OF SERVICE

I certify that on the 27th day of February 2007 a copy of the foregoing was served electronically on
Daniel R. Cooper, Jr., Assistant U.S. Attorney
s/John S. Hedland