**NELSON P. COHEN**
United States Attorney

**DANIEL R. COOPER, JR.**
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
daniel.cooper@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the estate of DONNA MARIE (HART) SHELDON, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) ) ) ) ) Case No. A05-119 CIV (RRB) ) ) ) ) ) ) ) ) |

DECLARATION OF RICHARD G. BERGERON

I, Richard G. Bergeron, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am a Senior Attorney and Team Leader in the Office of the General Counsel (OGC), Claims and Employment Law Branch, of the United States Department of Health and Human Services (DHHS). Among my responsibilities is to evaluate administrative tort claims submitted

Exhibit ____A____
Page __1__ of __4__ pages

pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680 and to recommend a final disposition to Lisa Barsoomian, Deputy Associate General Counsel for the Claims and Employment Law Branch (CELB).

2. In my role, I have access to agency records relating to the filing, evaluation, and disposition of administrative tort claims presented to DHHS under the Federal Tort Claims Act (FTCA). Agency procedures require that all FTCA claims be submitted to the Claims Office within the DHHS Office of General Counsel for initial investigation.

3. As a routine business practice, the Claims Office maintains a record of each such claim it receives and assigns a unique claim number. The Claims Office also creates and maintains an administrative file for each claim.

4. Working under the direction of two senior CELB attorneys, the Claims Office personnel, both of whom are Senior Paralegals and employees of DHHS, perform an initial review and investigation of all administrative tort claims, which involves, *inter alia*, evaluating the timeliness and sufficiency of the claims and gathering pertinent documents. The Claims Office paralegals request copies of various records from the community health center or health care facility identified in the administrative tort claim. Records typically requested include W-2 forms and licensing certificates for health center employees, employment or tribal contracts and compacts, medical malpractice insurance policies, and medical records. A claimant may also be requested to provide any additional medical records that may be relevant to the claim, medical bills, and insurance records.



5. The Claims Office paralegals, at the direction of OGC counsel, often request the performance of a peer medical review for medical malpractice claims in which expert medical opinion is essential to the resolution of the case.

6. Once the Claims Office paralegals have completed their initial investigation, they place all of the documentation they have collected or prepared for a specific claim in the corresponding administrative file. They then forward a copy of the administrative file to a CELB Team Leader, who assigns the matter to an OGC attorney.

7. The assigned OGC attorney evaluates the administrative tort claim on the merits and makes a recommendation to the Deputy Associate General Counsel for CELB as to the final disposition of the claim. If the Deputy Associate General Counsel decides to deny a claim, she issues notice of that determination by certified mail to the claimant or the claimant's counsel in accordance with 28 U.S.C. §§ 2401(b), 2675(a). The Deputy Associate General Counsel may alternatively decide at her discretion that OGC should negotiate settlement of a claim pursuant to 28 U.S.C. § 2672.

8. I have reviewed the attached documents identified as Bates Numbers CLM0000000066 through CLM0000000081, for which the United States has asserted the work product privilege, and attest that documents CLM0000000067-71 and CLM0000000073-81 were prepared and maintained in accordance with the procedures described in Paragraphs five and six above.

3

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 2, 2007 in Washington, D.C.

_____
RICHARD G. BERGERON
Senior Attorney, Claim and Employment Law Branch
Office of the General Counsel
United States Department of Health and Human Services