NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave., #9, Rm 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 – Fax
daniel.cooper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as a personal representative of the Estate of Donna Marie (Hart) Sheldon, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:05-cv-00119-RRB<br>Filed Electronically |

**AFFIDAVIT OF DR. NEIL MURPHY**

STATE OF ALASKA            )
                           )ss.
THIRD JUDICIAL DISTRICT    )

NEIL MURPHY, after being first duly sworn, states and affirms that:

1. I am a physician on staff at the Alaska Native Medical Center ("ANMC"), in Anchorage, Alaska. I currently work in the women's health department of the Primary Care Center.

2. ANMC is an Indian Health Service facility that is tribally administered by the Alaska Native Tribal Health Consortium (ANTHC) and Southcentral Foundation (SCF) pursuant to the Indian Self Determination and Education Assistance Act and is accredited by the Joint Commission for the Accreditation of Healthcare Organizations ("JCAHO" or "Joint Commission").

3. In furtherance of ANTHC's vision of "[p]roviding the highest quality of health services in partnership with our people and the Alaska Tribal Health System," ANMC undertakes a variety of self-critical review activities.

4. Root cause analyses are a particular type of self-critical review activity that ANMC undertakes in response to "sentinel events" as defined by JCAHO. This critical self analysis is required by both JCAHO and ANMC internal policies. Moreover, the critical self analysis is important to assure patient safety in the future to the extent possible.

5. The purpose of a root cause analysis is to analyze systems and processes to make recommendations for improving and monitoring them. It is not designed to assign fault or blame. Complete candor is essential to this process.

6. Pursuant to longstanding ANMC policy and practice, and section 4.4.3 of our current policy, physicians participate in root cause analysis with the explicit understanding that their discussion will held in the strictest confidence and used only by ANMC and JCAHO to improve systems and processes that affect patient safety and quality of care. If they believed that their discussions might be subject to discovery in a malpractice suit, they would not be comfortable engaging in the free flowing discussion and critical analysis that is crucial to the root cause analysis process. They would be more circumspect due the possibility that a colleague's career or reputation might suffer as a result of something they said. This would significantly undermine the value and integrity of the process because instead of being able to explore all

possible options focusing solely on the well being of patients, the participants would feel obliged to avoid criticism of colleagues that might prove to be unfair after further analysis. The key to a good root cause analysis, however, is hearing and exploring all plausible causes of the event without regard to potential fault or blame.

7. I participated in the root cause analysis meeting of October 17, 1997 involving the care provided to Mrs. Sheldon. It was my understanding that the meeting was protected from discovery and I expected that comments I made would be kept confidential and used only by those directly involved in improving the health care systems and processes we discussed. I believe that understanding was shared by the other participants. I would not have felt comfortable being so direct or discussing theoretical causes of the sentinel event so openly if I thought the minutes of the meeting would be used for any other purpose.

8. The JCAHO requirement and ANMC's policy and practice are designed to address the strong public policy interest in improving patient care, treatment and services and preventing sentinel events by understanding the causes that underlie the events, making organizational system and process changes, and increasing general knowledge of the events, their cause and strategies for prevention. Subjecting the participants to public scrutiny would undermine the integrity of this process as well as confidence in it.

Affirmed this __5__ day of March, 2007, at Anchorage, Alaska.

_____
NEIL MURPHY, M.D.

SUBSCRIBED AND SWORN to before me the undersigned notary this __5th__ day of March, 2007.

_____
Notary Public in and for Alaska
My Commission Expires __My Commission Expires September 23, 2008__

AFFIDAVIT OF DR. NEIL MURPHY
Case No. 3:05-cv-00119-RRB

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2007,
a copy of the foregoing affidavit was
served electronically on John S. Hedland.

s/ Daniel R. Cooper, Jr.