Alaska Native Medical Center

Sentinel Event, Near Miss, or Significant Adverse Event/Outcome Procedure # 701-01 A
Reference Policy: Risk Management Program # 701 A

1. Purpose:

   To define the process to address sentinel events, near misses, and other significant adverse events/outcomes.

2. Scope:

   All organizational components of the Alaska Native Medical Center (ANMC) accredited campus defined as its staff, residents, interns, students, volunteers and contractors.

3. Definitions:

   3.1 Sentinel Event: A sentinel event is any of the following:

      3.1.1. Any event that has resulted in an unanticipated death or major permanent loss of function not related to the natural course of the patient's illness or underlying condition.

         3.1.1.1. As used in this procedure, "major permanent loss of function" means any sensory, motor, physiologic, or intellectual impairment that was not present on the patient's admission and that requires continued treatment or life-style change.[1]

      3.1.2. Any event that, although not resulting in unanticipated death or major permanent loss of function: (1) presented a serious and substantial risk of such an outcome; and (2) caused by the failure of a system or process that would jeopardize future patient safety if not corrected.[2]

      3.1.3. Suicide of any individual receiving care, treatment or services in a staffed round the clock setting or within seventy-two (72) hours of discharge; or attempted suicide of an inpatient.

      3.1.4. Assault, homicide, or other crime resulting in patient death or major permanent loss of function.

      3.1.5. Perinatal death occurring after admission to ANMC unrelated to a congenital condition in an infant having a birth weight greater than 2500 grams.

      3.1.6. Intrapartum (related to the birth process) maternal death not related to the natural course of the patient's illness or underlying medical condition.

      3.1.7. Hemolytic transfusion reaction involving administration of blood products having major blood group incompatibilities.

      3.1.8. Any surgery on the wrong patient or wrong body part.

      3.1.9. Unintended retention of a foreign object in a patient after surgery or other procedure.

      3.1.10. Abduction of any individual receiving care, treatment or services; or discharge of   an infant abduction or discharge to the wrong family.

      3.1.11. Rape. For purposes of this procedure, "rape" means any sexual act (penetration or sexual contact) affecting a patient or visitor of ANMC and that involves ANY of the following circumstances:

   ---

   [1] When "major permanent loss of function" cannot be immediately determined, for purposes of this procedure, it will be assumed to exist when the patient is discharged with continued major loss of function, or two weeks have elapsed with persistent major loss of function, whichever occurs first.

   [2] Such events are not reportable to JCAHO.



## Alaska Native Medical Center

Sentinel Event, Near Miss or Significant Adverse Event/Outcome Procedure # 701-01 A
Reference Policy: Risk Management Program # 701 A

> 3.1.11.1.  The victim did not consent to the act;
>
> 3.1.11.2.  The victim was under the age of 16 and the offender was 18 or older and occupied a position of authority in relation to the victim;
>
> 3.1.11.3.  The offender knew the victim was incapacitated, mentally incapable of consenting to the act, or unaware that a sexual act was being committed; or
>
> 3.1.11.4.  The offender was a health care worker, and the act took place during the course of professional treatment of the victim.

> 3.1.12.  All identified cases of unanticipated death or major permanent loss of function associated with a health care associated infection.

3.2.  Near Miss: Describes any process variation that did not affect an outcome but for which a recurrence carries a significant chance of serious adverse outcome.

3.3.  Significant Unanticipated or Adverse Event/Outcome: An unanticipated or adverse event/outcome that is associated with a need for diagnostic testing, a higher level of care, medical intervention, or surgical intervention to mitigate the adverse/unanticipated outcome/event.

> 3.3.1.  Significant Unanticipated or Adverse Events/Outcomes **will receive** a root cause analysis to determine causes of unanticipated or adverse events/outcomes to improve quality patient care.
>
> 3.3.2.  This may or may not include an adverse drug event.

3.4.  Root Cause Analysis (RCA): The process for identifying the basic or causal factors that underlie variation in performance, focusing primarily on systems and processes, not on individual performance.

4.  Procedure:

4.1  Process for Reporting Sentinel Events, Near Misses and Significant Adverse Events/Outcomes.

> 4.1.1.  Any ANMC workforce member who identifies a sentinel event, near miss, or significant adverse event will take steps to assure patient safety and the patient, family, or legal guardian are notified in consultation with the appropriate Risk Managers.
>
> 4.1.2.  Any ANMC workforce member with knowledge of a sentinel event, near miss, or significant adverse event must immediately notify the appropriate Risk Management Department (ANMC-ANTHC or SCF) within twelve (12) hours after becoming aware of the event.
>
> > 4.1.2.1.  Notification shall be given to the appropriate Risk Management Department (ANMC-ANTHC or SCF) if during normal business hours (Monday through Friday 8 a.m. to 5 p.m.).
> >
> > 4.1.2.2.  After normal business hours, notification shall be given to the House Supervisor, who shall in turn immediately (within twelve (12) hours) notify the appropriate ANMC-ANTHC or SCF Primary Care administrator on call and/or Risk Management.
> >
> > 4.1.2.3.  Any evidence (equipment, medications, etc.) related to the event should be confined, preserved and secured until the appropriate Risk Management can properly secure the material. No one shall tamper with or alter the evidence.



Alaska Native Medical Center
Sentinel Event, Near Miss or Significant Adverse Event/Outcome Procedure # 701-01 A
Reference Policy: Risk Management Program # 701 A

4.2.    Process for Evaluating the Event

    4.2.1.    If the event is determined to be a sentinel event, or is significant enough to warrant a root cause analysis the appropriate Risk Management in conjunction with the appropriate leadership shall:

        4.2.1.1.    Determine if the involved service or procedure will be suspended or other safety measures taken pending further evaluation of the event;

        4.2.1.2.    The ANMC Administrator will notify the Joint Operating Board Chairman or designee of any suspension of a service or procedure or interim safety measures at his/her discretion;

        4.2.1.3.    Immediately appoint a Root Cause Analysis (RCA) Team and notify its members of their appointment. The Root Cause Analysis Team shall include the appropriate Risk Management, Patient Safety Officer and the appropriate staff of the service(s) whose processes and systems are under review;

        4.2.1.4.    Refer any issues involving practitioner competence or privilege to the appropriate committees or individuals; and

        4.2.1.5.    Oral or written reports of the event from at least each staff member identified as having been involved in the event.

        4.2.1.6.    Written reviews from Service Center Medical Director(s) or other department manager(s) of any staff members involved in the event.

        4.2.1.7.    If appropriate, from the above documents and the health record, create a flowchart of the event.

    4.2.2.    If the appropriate Risk Management finds that further investigation or reports are needed to determine if the reported event is (or should be treated as) a sentinel event, it shall direct the investigation, request the reports, and reconvene as needed until it is able to make the determination. The final determination should be made as soon as possible.

    4.2.3.    If the appropriate Risk Management Department determines there was no sentinel event, or that a root cause analysis will not be required, Risk Management shall refer the matter for managing through the usual departmental peer review process, as appropriate.

4.3.    The Root Cause Analysis

    4.3.1.    The appropriate Risk Management will distribute to the members of the RCA Team copies of the reports, medical reviews, and other materials compiled. Each team member is responsible for reading these, keeping them in a secured place, and bringing them to the initial RCA Team meeting.

    4.3.2.    The RCA Team shall hold its first meeting as soon as possible after all the required reports are available, and generally within seven (7) days after the event was initially reported.

    4.3.3.    The appropriate Risk Management staff will chair the RCA Team. The RCA Team will follow the framework recommended by JCAHO as listed below, in evaluating the cause of the event and making recommendations for improvements and monitors. It will identify and analyze the following, focusing primarily on systems and processes, not individual performance:



Alaska Native Medical Center
Sentinel Event, Near Miss or Significant Adverse Event/Outcome Procedure # 701-01 A
Reference Policy: Risk Management Program # 701 A

4.3.3.1.  The human and other factors most directly associated with the event    (What happened?)

4.3.3.2.  The clinical processes involved (What steps in process were involved or may have contributed to the event?)

4.3.3.3.  What organizational systems underlie these procedures?

4.3.3.4.  Where are the risk points in the processes and systems, and how might they contribute to this type of event?

4.3.3.5.  What specific improvements in processes or systems, if any, would tend to decrease the likelihood of such events in the future?

4.3.3.6.  What interim risk reduction actions should be taken immediately, and what long-term risk reduction actions should be recommended?

4.3.3.7. How can the effectiveness of recommended improvements be measured and monitored?

4.3.4.  To make its assessment, the RCA Team shall have the authority to request additional reports and reviews and to survey relevant medical literature.  The team shall hold such further meetings as are deemed necessary by a majority of its members.

4.3.5.  If during their analysis the RCA team determines the need for suspension of services or procedures, the appropriate Risk Management staff, in concurrence with appropriate upper administration, will notify the ANMC Administrator who may notify the Chairman of the Joint Operating Board (JOB) and the Presidents/CEOs  (ANTHC and SCF) at his/her discretion.

4.3.6.  The copies of all reports, reviews, minutes, notes, and other materials given to the RCA Team for the purpose of conducting the Root Cause Analysis shall be returned to Risk Management at the close of each team meeting.

4.4.  Review of Findings and Implementation of Action Plans

4.4.1.  Within 30 days after the event was reported, the appropriate RCA Chair shall prepare two (2) reports.

4.4.1.1.  The first document shall be the "root cause analysis," and shall detail the RCA Team's assessment of the particular event and its identification of the underlying processes and systems and their risk points.

4.4.1.2.  The second document shall be called the "recommended action plan." It shall describe the risk reduction actions taken or recommended by the RCA Team, responsibility for action items, and its plan for measuring and monitoring their effectiveness, or shall explain why the RCA Team has concluded that no system or process changes should be implemented.

4.4.2.  All findings and recommendations from the completed root cause analyses will be reported through the performance improvement reporting process, including the Clinical Quality Council,



-4-

## Alaska Native Medical Center
### Sentinel Event, Near Miss or Significant Adverse Event/Outcome Procedure # 701-01 A
### Reference Policy: Risk Management Program # 701 A

> Performance Improvement Committee, Executive Management Team and the Joint Operating Board of ANMC.

4.4.3. All documents, including findings and committee minutes developed as a result of the above review process, shall be protected from discoverability by the Healthcare Quality Improvement Act of 1986, 42 USC 11101 60.10 and any applicable Alaska State statutes pertaining to peer review organizations , including but not limited to AS 18.23.030 and AS 18.23.070(5).

4.5.    Public Relations

4.5.1.    Upon receipt of inquiries from the media, the appropriate Risk Management Department and/or the ANMC Administration will collaborate with the ANMC Public Relations Manager to prepare a formal statement.

4.5.2.    Workforce members do not have the authority to disclose or acknowledge    sentinel events and potential sentinel events. The spokesperson for ANMC shall be the ANMC Public Relations Manager or his/her designee.

4.5.3.    If ANMC's spokesperson acknowledges that an event occurred, further disclosures should generally be limited to a statement "that the matter is being reviewed under the hospital's internal peer review procedures and in accordance with applicable standards."

Attachment:

"Sentinel Event, Near Miss or Significant Adverse Event or Outcome Process Flow Chart"

| Responsibility | ANMC-ANTHC Risk Management Nurse Specialist  & SCF Risk Manager |
|---|---|
| Written | Content 5/88 As Procedure 08/99 |
| Approval | Executive Management Team |
| Date approved | 5/19/2005 |
| Date last reviewed | 11/18/99, 6/04, 5/05 |
| Date last revised | 08/99, 6/04, 5/05 |
| Supersede | Previous ANMC Policy # 98-07, ANMC Procedure # 701-01 (titled "Sentinel Event") |

Official Signature on file
o/s: Dee Hutchison, RN
ANMC Administrator
November 15, 2005
Date

- 5 -

Alaska Native Medical Center
Sentinel Event, Near Miss or Significant Adverse Event/Outcome Procedure # 701-01 A
Reference Policy: Risk Management Program # 701 A



Sentinel Event, Near Miss or Significant Adverse Event or Outcome
Process Flow Chart

RM=Risk Management
RCA=Root Cause Analysis
PCE=Potentially Compensable Event