

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Program Support Center
Division of Acquisition Management, AOS

Claims Branch
Room 5C-10, Parklawn Building
5600 Fishers Lane
Rockville, Maryland 20857

HBH&C

JUN 0 8 2000

June 5, 2000

Re: 00-0021
Michael Sheldon, Individual and for
Daisy & Jason Hart and for the Estate of
Donna Marie Hart Sheldon (Deceased)

**CERTIFIED - RETURN RECEIPT REQUESTED**

Patrick M. Anderson, Esquire
HEDLAND, BRENNAN, HEIDEMAN & COOKE
1227 West Ninth Avenue
Suite 300
Anchorage, AK 99501-3218

Dear Mr. Anderson:

This office has discharged its responsibilities in the investigation phase of your client's claim. The claim, alleging wrongful death on October 16, 1997 as the result of medical treatment rendered by staff of the Alaska Native Medical Center, has been forwarded to the Office of the General Counsel (OGC), Department of Health and Human Services for determination.

For further information about your client's claim, you may contact the Litigation Branch, Business and Administrative Law Division, OGC, Room 5362, HHS Cohen Building, 330 Independence Avenue, SW, Washington, DC 20201. The telephone number is (202) 619-2155. As soon as a determination has been made, you will be advised in writing.

Yours truly,

Dorothea P. Koehler
for Arthur Simon
Claims Officer

EXHIBIT 1
PAGE 1 OF 1