IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the estate of Donna Marie (Hart) Sheldon, deceased,<br><br>                   Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05–119 CV [RRB] |

### AFFIDAVIT OF JOHN S. HEDLAND

STATE OF ALASKA         )
                                     ) ss.
THIRD JUDICIAL DISTRICT   )

John S. Hedland being first duly sworn upon oath, deposes and states:

1. I am the attorney for plaintiff in this action.

2. Exhibit 1 to Plaintiff's reply memorandum is a June 5, 2000 letter received by my office from the Claims Branch of the Department of Health and Human Services.

DATED in Anchorage, Alaska, this 12th day of March 2007.

*/s/ John S. Hedland*
John S. Hedland

SUBSCRIBED AND SWORN TO before me this 12th day of March, 2007.

*/s/ Rebecca A. Smodey*
Notary Public in and for the State of Alaska
My commission expires: 1-24-08

LAW OFFICES
HEDLAND, BRENNAN & HEIDEMAN
A PROFESSIONAL CORPORATION
1227 WEST NINTH AVENUE, SUITE 300
ANCHORAGE, ALASKA 99501-3218
(907) 279-5528

CERTIFICATE OF SERVICE

I certify that on the 12th of March 2007 a copy of the foregoing was served electronically on

Daniel R. Cooper, Jr., Assistant U.S. Attorney
s/John S. Hedland

LAW OFFICES
HEDLAND, BRENNAN & HEIDEMAN
A PROFESSIONAL CORPORATION
1227 WEST NINTH AVENUE, SUITE 300
ANCHORAGE, ALASKA 99501-3218
(907) 279-5528

Affidavit of John S. Hedland                             2