NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-2344 - Fax
daniel.cooper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the Estate of Donna Marie (Hart) Sheldon, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case 3:05-cv-00119-RRB<br><br>REQUEST FOR ORAL ARGUMENT ON MOTION FOR *IN CAMERA* INSPECTION OF DOCUMENTS (D. Ak. LR 7.2) |

The United States, through counsel, requests oral argument on Mr. Sheldon's Motion for *In Camera* Inspection of Documents filed at Docket 26.  This request is made pursuant to D. Ak. LR 7.2(a).

RESPECTFULLY SUBMITTED on March 13, 2007.

NELSON P. COHEN
United States Attorney

s/ Daniel R. Cooper, Jr.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2007,
a copy of the foregoing REQUEST FOR ORAL
ARGUMENT ON MOTION FOR *IN CAMERA*
INSPECTION OF DOCUMENTS
(D. Ak. LR 7.2) was served
electronically on John S. Hedland.

s/ Daniel R. Cooper, Jr.