IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the Estate of Donna Marie (Hart) Sheldon, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case 3:05-cv-00119-RRB<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR ORAL ARGUMENT ON MOTION FOR *IN CAMERA* INSPECTION OF DOCUMENTS**<br>**(D. Ak. LR 7.2)** |

Based upon the REQUEST FOR ORAL ARGUMENT ON MOTION FOR *IN CAMERA* INSPECTION OF DOCUMENTS filed on behalf of the Defendant, and sufficient reason being shown, it is ordered that oral argument on the motion is granted.

_____          _____
      (DATE)                                                HONORABLE RALPH R. BEISTLINE
                                                            United States District Court Judge

1