```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA


                 SHELDON, et al.   v.   USA

DATE:    March 16, 2007      CASE NO.   3:05-CV-0119-RRB


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               SCHEDULING ORAL ARGUMENT
```

Pursuant to Defendant's request, oral argument (30 minutes) will be held on the Motion for Production of Documents at Docket 26 on **Thursday, April 19, 2007, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

If it is determined that oral argument is not necessary, the hearing will be vacated and an order will enter based upon the parties' filings.

M.O. SCHEDULING HEARING