NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-2344 - Fax
daniel.cooper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the Estate of Donna Marie (Hart) Sheldon, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case 3:05-cv-00119-RRB<br><br>NOTICE OF COMPLIANCE WITH ORDER AT DOCKET 37 AND NOTICE OF FILING DOCUMENTS FOR IN CAMERA INSPECTION BY THE COURT |

The United States, through counsel, gives notice that it has provided the

1

documents identified as SCF 000098 - 157 to Mr. Sheldon.  Moreover, the documents identified as the IHS documents[1] are being submitted herewith to the court for the court's *in camera* inspection to determine whether the documents are protected from discovery by Rule 26(b)(3), and specifically, whether the documents were prepared by the Unites States in anticipation of litigation.

RESPECTFULLY SUBMITTED on March 27, 2007.

NELSON P. COHEN
United States Attorney

s/ Daniel R. Cooper, Jr.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2007,
a copy of the foregoing **Notice of Compliance
with Order at Docket 37 and Notice of Filing
Documents for In Camera Inspection by the
Court** was served electronically on John S. Hedland.

s/ Daniel R. Cooper, Jr.

---

[1] Documents CLM 67 - 71 and CLM 73 - 81.

Sheldon, et.al. v. U S
3:05-cv-00119-RRB                                   2