# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

SHELDON   v.   USA

DATE:   March 30, 2007         CASE NO.   3:05-CV-0119-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
REQUIRING DELIVERY OF DOCUMENTS**

---

The Court has reviewed the "Administrative Confidential" documents submitted by the Government for _in camera_ review in this matter but was unable to determine when the documents were actually generated or if an attorney was involved in their preparation. Furthermore, the documents do not appear prejudicial to the Government.

The aforesaid documents shall therefore be delivered to Plaintiff with the express understanding that they shall not be copied or distributed to any person, other than a retained expert, and shall not be used for any purpose other than related to the instant litigation.

M.O. REQUIRING DELIVERY OF DOCUMENTS