UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


SHELDON  v.  USA

DATE:   April 9, 2007    CASE NO.   3:05-CV-0119-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
RE MOTION FOR RECONSIDERATION**

---

The Court is in receipt of Defendant's Motion for Reconsideration filed at Docket 40. Pursuant to D. Ak. LR 59.1(d), Plaintiff has until the close of business on **April 18, 2007,** to file a response to Defendant's motion, after which the Court will take the matter under advisement.

ORDER REGARDING RECONSIDERATION