NELSON P. COHEN
UNITED STATES ATTORNEY

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
(907) 271-5071
(907) 271-2344 - Fax
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the Estate of Donna Marie (Hart) Sheldon, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case 3:05-cv-00119-RRB<br><br>FINAL WITNESS LIST |

The government, pursuant to the court's orders at Docket 23, as modified submits its final witness list.

1. Roman Kupczynski, C.R.N.A (treating provider)
   Alaska Native Medical Center
   4315 Diplomacy Drive
   Anchorage, Alaska 99508
   (907) 563-2662

2.     Peter Sapin, M.D.  (treating provider)
      Alaska Native Medical Center
      4315 Diplomacy Drive
      Anchorage, Alaska 99508
      (907) 563-2662

3     John Harvey, M.D.  (treating provider)
      1302 South Park
      San Angelo, TX 76901
      325-234-6138

4.     Steve Livingston, M.D. (treating provider)
      Alaska Native Medical Center
      4315 Diplomacy Drive
      Anchorage, Alaska 99508
      (907) 563-2662

5.     Huminada Lim, M.D.  (treating provider)
      Alaska Native Medical Center
      4315 Diplomacy Drive
      Anchorage, Alaska 99508
      (907) 563-2662

6.     Stephanie Ecklund, M.D.  (treating provider)
      Alaska Native Medical Center
      Primary Care Center
      4320 Diplomacy Drive
      (231) 922-8286

7.     Neil Murphy, M.D.  (treating provider)
      (same address and number)

8.     Alan Freudenthal, M.D. (treating provider)
      4725 E. 112th Avenue
      Anchorage, Alaska 99516
      (907) 346-3219

9.  Hal Schneider, M.D., head of anesthesiology
    Alaska Native Medical Center
    4315 Diplomacy Drive
    Anchorage, Alaska 99508
    (907) 729-2200

10. Joan Junge, Nurse Practitioner
    Dillingham AK, Kanakanak Hospital/PHS
    (907) 842-5201

11. Nurse Angie Rosenberger, PACU Nurse
    (580) 938-2300

12. Nurse D. Nelson, OR Nurse
    VA Clinic
    (907) 257-6718

13. Jeff McAllister, OR Technician
    VA Clinic
    (907) 257-6718

14. Nurse Carolyn Aust, ICU Nurse
    2750 S. Teeland Street
    Wasilla, AK 99654-9797
    (907) 376-7467

15. Nurse Ruth DeClerq, Nursing care provider
    Alaska Native Medical Center
    4315 Diplomacy Drive
    Anchorage, Alaska 99508
    (907) 729-2380

16. Nurse Crystal DuBose, Nursing care provider
    Address and telephone number believed to be;
    3442 Hurst Road
    North Pole, Alaska 99705
    (907) 488-6941

17. Nurse Deborah Pallacia, Nursing care provider
    Address and telephone number unknown

18. Farah Mahdni-Lovely, M.D. Pulmonologist, treats ARDS at ANMC
    Alaska Native Medical Center
    4315 Diplomacy Drive
    Anchorage, Alaska 99508
    (907) 563-2662

Expert Witnesses:

19. Steven Brauser, M.D., Anesthesiology
    20998 Redwood Road
    Castro Valley, CA 94546
    (510) 538-2828

20. Leonard D. Hudson, M.D., Acute Respitory Distress Syndrome
    Division of Pulmonary & Critical Care Medicine
    Box 359762\Room 10EH-25
    325 Ninth Avenue
    Seattle, WA 98104-2499
    (206) 731-3533

21. Laura J. Taylor, Ph.D., Economics, Damages
    523 SE 19th Ave.
    Portland, Oregon 97214
    (503) 841-6562

22. All persons named on Plaintiff's witness list, except retained experts.

23. Any custodian of the documents for which stipulations as to foundation have not been made.

24. Any rebuttal witnesses.

RESPECTFULLY SUBMITTED on April 16, 2007.

NELSON P. COHEN
United States Attorney

s/ Daniel R. Cooper, Jr.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2007,
a copy of the foregoing FINAL WITNESS LIST
was served electronically on John S. Hedland.

s/ Daniel R. Cooper, Jr.