IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the estate of Donna Marie (Hart) Sheldon, deceased,<br><br>     Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05–119 CV [RRB] |

**PLAINTIFF'S FINAL WITNESS LIST**

COMES NOW plaintiff Michael Sheldon, as personal representative of the estate of Donna Marie (Hart) Sheldon, by and through counsel, Hedland, Brennan & Heideman, and submits his preliminary list or witnesses who may have relevant information:

1. Michael Sheldon
c/o Hedland, Brennan and Heideman
1227 W. 9th Ave., #300
Anchorage, Alaska 99501
(907) 279-5528

2. Daisy M. Hart
c/o Hedland, Brennan and Heideman
1227 W. 9th Ave., #300
Anchorage, Alaska 99501
(907) 279-5528

3. Jason Bruce Hart
c/o Hedland, Brennan and Heideman
1227 W. 9th Ave., #300
Anchorage, Alaska 99501
(907) 279-5528

4. Norman H. Thompson, M.D.
   Deputy Chief Medical Examiner
   57 East Tudor Road
   Anchorage, Alaska 99507-1264
   (907) 269-5090  (autopsy)

5. Shirley Townsend
   c/o Alaska Native Medical Center
   4315 Diplomacy Drive
   Anchorage, Alaska 99508

6. Roman Kupczyeski
   c/o Alaska Native Medical Center
   4315 Diplomacy Drive
   Anchorage, Alaska 99508

7. Stephanie Eklund
   c/o Alaska Native Medical Center
   4315 Diplomacy Drive
   Anchorage, Alaska 99508

8. Neil Murphy
   c/o Alaska Native Medical Center
   4315 Diplomacy Drive
   Anchorage, Alaska 99508

9. Cynthia Kupczyeski
   c/o Alaska Native Medical Center
   4315 Diplomacy Drive
   Anchorage, Alaska 99508

10. Dr. Allen F. Freudenthal
    c/o Alaska Native Medical Center
    4315 Diplomacy Drive
    Anchorage, Alaska 99508

11. Dr. Lim
    c/o Alaska Native Medical Center
    4315 Diplomacy Drive
    Anchorage, Alaska 99508

12. J. Junge
    c/o Bristol Bay Area Health Center
    Box 130
    Dillingham, Alaska 99576

13. Jeff MacAllister
    c/o Veterans Administration
    2925 Debarr Road
    Anchorage, Alaska 99508

14. John Charles Harvey, N.D.
    c/o Shannon Clinic
    120 E. Beauregard Avenue
    San Angelo, Texas 76903

15. Vincent Smith, M.D.
    c/o VA&PCS
    12000 Warwick Blvd
    Newport News, Virginia 23601

16. A. Rosenberger, R.N.
    Elgin, Oklahoma

17. D. Nelson
    c/o Veterans Adminisration
    2925 Debarr Roadk
    Anchorage, Alaska 99508

18. Bradford Tuck
    1822 Cindylee Lane
    Anchorage, Alaska 99507-5418
    [Expert]

19. Dr. Michael Borrello
    c/o University of Vermont
    62 Tilley Drive
    So. Burlington, Vermont 05403
    [Expert]

20. Dr. Thomas Wood
    c/o Providence Alaska Medical Center
    3200 Providence Drive
    Anchorage, Alaska 99508

21. Zoe Quirk
    2700 Juneau Street
    Anchorage, Alaska 99508

22. Denise Morris
    Address unknown

23. Dr. Steven D. Tucker
    c/o Providence Alaska Medical Center
    3200 Providence Drive
    Anchorage, Alaska 99508

24. All persons who have been or will be deposed in this action.

25. All witnesses listed by defendant.

26. All persons listed in the medical records having participated in the care of Donna Hart Sheldon.

Dated at Anchorage, Alaska this 16th day of April 2007.

                Hedland, Brennan and Heideman
                Attorneys for Plaintiff
                s/John S. Hedland
                Anchorage, Alaska 99501
                Phone: (907) 279-5528
                Fax: (907) 278-0877
                E-mail: jhedland@hbhc.alaska.net
                ABA No. 6903014

CERTIFICATE OF SERVICE

I certify that on the 16 day of April 2007 a copy
of the foregoing was served electronically on
Daniel R. Cooper, Jr., Assistant U.S. Attorney
s/John S. Hedland