UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  SHELDON  </u>   v.   <u> USA </u>

DATE:   <u>  April 18, 2007  </u>        CASE NO.   <u>  3:05-CV-0119-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**GRANTING MOTION FOR RECONSIDERATION**

---

      Upon reflection and after review of the parties' filings, the Court concludes that the records filed under seal are privileged as consulting expert reports under Rule 26(b)(4)(B). Furthermore, the disputed documents are not particularly unique and do not contain information unavailable to Plaintiff. The aforesaid documents, therefore, need not be produced.

ORDER GRANTING MOTION FOR RECONSIDERATION