NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
(907) 271-5071
(907) 271-2344 - Fax
daniel.cooper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the Estate of Donna Marie (Hart) Sheldon, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case 3:05-cv-00119-RRB<br><br><br><br><br><br>JOINT MOTION FOR EXTENSION OF PRETRIAL DEADLINES |

The parties, through counsel, respectfully move for an extension of pretrial

deadlines, and in support of the motion, submit this status report on discovery

1

matters.

The parties have been diligent in pursuing discovery in this case, including written discovery requests and the taking of depositions of percipient witnesses. However, the location of three witnesses (whose whereabouts have previously been unknown) has just been established: Nurse Deborah Pallaria, who provided nursing care to Donna Sheldon on the evening of surgery (Spokane, Washington), Nurse Crystal DeBuse, who provided nursing care to Mrs. Sheldon the day after surgery (North Pole, Alaska) and Zoe Quirk, the Risk Manager at ANMHC at the time of Mrs. Sheldon's surgery (Richland, Washington). The difficulty in locating these witnesses has been primarily because of the passage of time since the surgery. However, they have now been located, and it is important to the ultimate resolution of this case that their testimony be taken.

These three witnesses have been contacted telephonically. Based on those contacts, and the witnesses' availability, it is likely that their depositions can be accomplished by the end of June. Nurse Pallaria and Ms. Quirk have indicated they will be available the last half of June. However, Nurse DeBuse may require more insistence, or a subpoena compelling her attendance. Her final position is unclear, but she has not returned recent calls to either lawyer.

Sheldon, et.al. v. U S
3:05-cv-00119-RRB                                    2

Expert reports are due to be exchanged on May 31st, and the parties expect that such an exchange will occur at that time and therefore no extension of that date is necessary. Likewise, discovery on the experts is due to close on July 30th, and therefore no extension of that date appears necessary.

Currently, dispositive motions and motions in limine are due June 1, 2007. However, neither party will have completed discovery on all the fact witness by that date, and both parties will have just received the other's expert's reports. No discovery will have been completed on the expert's reports.

Based upon the foregoing status report, the parties respectfully request an extension of the pretrial deadlines as follows:

1.    Discovery in the form of the depositions of the three witnesses named above to be completed by June 30, 2007, with the court to be notified if one or more witnesses require additional time.

2.    No change in the deadlines for expert witness reports or discovery related to the reports.

3.    Dispositive motions and motions in limine due August 15, 2007.

Neither party has entered into this motion for the purpose of harassment or delay, and neither party expects that the entry of an order extending the deadlines

will give them undue advantage over the other.

RESPECTFULLY SUBMITTED on May 30, 2007.

> NELSON P. COHEN
> United States Attorney
>
> s/ Daniel R. Cooper, Jr.
> Assistant U. S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3376
> Fax: (907) 271-2344
> E-mail: Daniel.Cooper@usdoj.gov
> AK #8211109
>
>
> s/John Hedland (consent)
> Hedland, Brennan & Heideman
> 1227 W. 9th Ave., Suite 300
> Anchorage, AK 99501-3218
> Phone: (907) 279-5528
> Fax: (907) 278-0877
> E-mail: jhedland@hbhc.alaska.net

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2007,
a copy of the foregoing JOINT MOTION
FOR EXTENSION OF PRETRIAL
DEADLINES was served
electronically on John S. Hedland.

s/ Daniel R. Cooper, Jr.

Sheldon, et.al. v. U S
3:05-cv-00119-RRB                    4