NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
(907) 271-5071
(907) 271-2344 - Fax
daniel.cooper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the Estate of Donna Marie (Hart) Sheldon, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case 3:05-cv-00119-RRB<br><br><br><br><br><br><br><br>[~~PROPOSED~~] ORDER GRANTING EXTENSION OF PRETRIAL DEADLINES |

The Court has received and reviewed the parties Joint Motion for Extension of

Pretrial Deadlines. Good cause having been shown, it is hereby

1

ORDERED, the parties request for an extension of the pretrial deadlines is GRANTED, and the pretrial deadlines shall be extended as follows:

1. Discovery in the form of the depositions of Deborah Pallaria, Crystal DeBuse and Zoe Quirk shall be completed by June 30, 2007. The court shall be notified if one or more witnesses require additional time.

2. There is no change in the deadlines for expert witness reports or discovery related to the reports.

3. Dispositive motions and motions in limine are due August 15, 2007.

DATED at Anchorage, Alaska, this 31 day of May, 2007.

S/RRB
Honorable Ralph R. Beistline
United States District Court Judge

Sheldon, et.al. v. U S
3:05-cv-00119-RRB                                2