IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the estate of Donna Marie (Hart) Sheldon, deceased, <br><br> Plaintiff, <br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.  A05–119 CV  [RRB] |

## **STIPULATION**

The parties hereto, by their undersigned attorneys, stipulate and agree as follows:

1. The documents bate stamped CLM00000108 through 479 may be offered into evidence at the trial in this case without formal identification or authentication, and shall not be excluded because of the best evidence rule.

2. The documents bate stamped CLM 000000497 through 676 are true copies of records maintained by Providence Hospital relating to the diagnosis, care and treatment of plaintiff, and that said documents may be offered into evidence of the trial of this case without the requirement of formal identification or authentication, and shall not be excluded because of the best evidence rule.

3. That the documents referenced in paragraph 2 above are business records of Providence Hospital.

4. The documents bate stamped SCFM00000128 through 442 may be offered into evidence at the trial in this case without formal identification or authentication, and shall not be excluded because of the best evidence rule.

5. The documents bate stamped SCF0000001 through 97 may be offered into evidence at the trial in this case without formal identification or authentication, and shall not be excluded because of the best evidence rule.

6. That the document marked Exhibit 17 in this action is a true and correct copy of the report of the autopsy conducted with respect to Donna Hart Sheldon and may be offered into evidence of the trial of this case without the requirement of formal identification or authentication, and shall not be excluded because of the best evidence rule.

7. That the document marked Exhibit 18 in this action is a true and correct copy of the Autopsy Protocol with respect to Donna Hart Sheldon and may be offered into evidence of the trial of this case without the requirement of formal identification or authentication, and shall not be excluded because of the best evidence rule.

Dated at Anchorage, Alaska this 14th day of June 2007.

      Hedland, Brennan and Heideman
      Attorneys for Plaintiff
      s/John S. Hedland
      1227 W. 9th Avenue, Suite 300
      Anchorage, Alaska 99501
      Phone: (907) 279-5528
      Fax: (907) 278-0877
      E-mail: jhedland@hbhc.alaska.net
      ABA No. 6903014

Dated at Anchorage, Alaska this 14th day of June 2007.

>Daniel R. Cooper, Jr.
>U.S. Attorneys Office
>Attorneys for Defendant
>s/Daniel R. Cooper, Jr.
>Federal Building, U.S. Courthouse
>222 West 7[th] #9, Room 253
>Anchorage, Alaska  99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-2344
>E-mail: daniel.cooper@usdoj.gov
>ABA No. 6903014

CERTIFICATE OF SERVICE

I certify that on the 14th day of June 2007 a copy of the foregoing was served electronically on
Daniel R. Cooper, Jr., Assistant U.S. Attorney
s/John S. Hedland