# STATE OF ALASKA

RECEIVED
MAR 20 1998

DEPARTMENT OF HEALTH & SOCIAL SERVICES
Division of Public Health
OFFICE OF THE MEDICAL EXAMINER

TONY KNOWLES, GOVERNOR

5700 East Tudor Road
Anchorage, Alaska 99507-1264
Phone: 269-5090/Fax: 269-5069

---

**DONNA SHELDON AKA DONNA HART**

DATE OF BIRTH: 2/3/63
DATE OF DEATH: 10/16/97
DATE OF EXAMINATION: 10/21/97

SME 98-275

**PRIVILEGED DOCUMENT**
Do not Duplicate nor Distribute
AS12.65.020(b)

---

## AUTOPSY REPORT

**FINAL ANATOMIC DIAGNOSIS:**

I. Severe Adult Respiratory Distress Syndrome manifest as Diffuse Alveolar Damage (See microscopic description).
   A. Findings consistent with clinical impression of aspiration pneumonia.
      1. Bronchocentric severe focal/multifocal lung injury.
II. Multiorgan system failure.
   A. Clinical renal failure with diffuse renal necrosis.
   B. Multiple minute foci of myocardial injury and myocardial necrosis with extravasated blood and rare neutrophils.
   C. Pericentrovenous hepatic necrosis in a setting of microvesicular hepatic steatosis.
   D. Geographic splenic necrosis.
      1. Fibrinoid material in splenic arterioles.
III. Fallopian tubal reanastomosis, recent, intact and free of evidence of infection.

**TOXICOLOGY:**

Known blood is harvested should subsequent toxicologic examination become indicated. No toxicology is performed due to duration of hospitalization.

**COMMENT:**

Autopsy and investigation reveals that the cause of death in this 34-year-old woman is multiorgan system failure due to severe Adult Respiratory Distress Syndrome occurring subsequent to a clinically documented and anatomically confirmed bilateral fallopian tubal reanastomosis. The autopsy findings support the clinical impression of aspiration pneumonitis as an etiology for the Adult Respiratory Distress Syndrome, anatomically manifest as Diffuse Alveolar Damage.

Investigation and autopsy reveals that the manner of death is natural.

**PRIVILEGED DOCUMENT**
De not Duplicate nor Distribute
AS12.65.020(b)

*[signature]*

Norman H. Thompson, M.D.
Deputy Chief Medical Examiner
February 6, 1998

T/bbr

SME98-275
Page 2

EXHIBIT 17
PAGE 2 OF 6

**STORY:**
This 34-year-old woman reportedly died with multiorgan system failure subsequent to a surgical procedure reported to be a fallopian tubal reanastomosis performed on October 3, 1997. A clinical impression of aspiration pneumonia and Adult Respiratory Distress Syndrome is described.

PRIVILEGED DOCUMENT
Do not Duplicate nor Distribute
AS12.65.020(b)

**EXTERNAL EXAMINATION:**
The body is received in a white plastic body bag liner. Within the body bag liner is a hospital type gown which is inscribed Providence Health Systems. After removal of the decedent's hospital type gown the body is found to be nude and is that of a well-developed, slightly obese Native female appearing approximately the stated age. The body is 5'4" in length and weighs 178 lbs. The head is normocephalic and the scalp is covered by long straight brown hair with red highlights. The hair measures up to approximately 50 cm in length. The irides are brown and the pupils are round, equal and measure 6 mm in diameter. Scattered petechial hemorrhage-like collections of extravasated blood are noted over the sclerae and conjunctivae bilaterally with focal confluence of petechial hemorrhage noted on the left upper scleral surface. Marked edema of the eyelids is noted bilaterally. The nose and ears are free of congenital deformities and appear unremarkable. The left earlobe is remarkable for the presence of a pair of cosmetic ear perforations, and the right earlobe is remarkable for the presence of a pair of cosmetic ear perforations. The natural teeth are present and in a state of good repair. The anterior tip of the protuberant tongue is remarkable for the presence of multiple areas of yellow-white discoloration possibly representing mucosal necrosis, perhaps incident to pressure from endotracheal tube. No specific injuries are otherwise noted in the mouth. The neck, chest, abdomen, back and extremities are free of congenital deformities and are unremarkable. The fingernails are of medium length and without underlying hair, tissue or foreign material. The genitals are those of a normal adult female. Some maceration-like change about the genitals and [inner] medial thighs is noted with loss of the superficial cutaneous skin layers. In addition, multiple areas of yellow-white change on the mucosal surfaces of the genitals including the labia majora and about the urethra and hymenal tissues is noted. In addition, about the posterior forchette a similar yellow-white lesion is noted and some edematous-like swelling of the tissues of the introitus is noted. The anus is unremarkable.

**SCARS AND IDENTIFYING MARKS:**
About the right wrist is an identification band inscribed Hart, Donna M. with numbers: 80955412, 111083, a date of 10/13/97 and a physician name of Thomas Wood, M.D. A similarly inscribed charge bracelet inscribed P.T.B. 8561 is also noted about the right wrist as well as a red bracelet inscribed Penicillin. On the right upper abdominal quadrant is a 28 cm long x 1.5 cm wide, oblique, old well-healed scar. On the right anterolateral flank is a roughly transversely oriented old well-healed scar which measures approximately 6 x 0.8 cm. This latter scar is flanked by punctate scars consistent with surgical closure. No other scars, tattoos or identifying marks are noted over the surface of the body.

**EVIDENCE OF THERAPY:**
Emerging from the left naris is a nasogastric type tube. The tip of the nasogastric type tube is subsequently identified in the stomach. Emerging from the mouth and stabilized in place with tape is an endotracheal tube. The tip of the endotracheal tube is subsequently identified in the trachea. Emerging from the right naris is a gauze sponge which appears to have been inserted in the manner of nasal packing. Overlying the right clavicle is a multilumen yellow catheter which is inserted through the skin, sutured in place and covered with an occlusive clear dressing. This dressing bears the date of 10/14 and an additional indicator of 03. On the right antecubital [area] are multiple puncture wounds consistent with diagnostic or therapeutic intravascular access attempts.

Multiple similar puncture wounds are elsewhere noted over the body including over the extensor right hand, or right wrist (over the radial artery), left antecubital fossa, and extensor left hand. On the skin overlying the flexor left wrist overlying the radial artery is an intracath which is stabilized in place with tape and a clear occlusive dressing. Overlying the extensor left forearm is an intracath which is stabilized in place with tape and a clear occlusive dressing. On the anterior abdomen in the usual location for a low transverse incision is a 13 cm long recent incision which is superficially closed with Steri-strip closures. On the skin of the right anterior thigh at the level of the inguinal ligament is an intracath with a pair of large bore connectors with color codes of red and blue respectively. No other evidence of therapeutic intervention is noted over the surface of the body.

**EVIDENCE OF INJURY:**
No evidence of significant injury is noted over the surface of the body.

**INTERNAL EXAMINATION:**
The body is opened through the usual Y-shaped incision to reveal approximately 2-3 cm of subcutaneous fat overlying unremarkable red-brown musculature. The right pleural space shows widespread pleural adhesions which are reducible with moderate effort and blunt dissection. The right pleural space contains approximately 50 ml of serous fluid. The left pleural space contains approximately 100 ml of serous fluid. The peritoneal cavity contains approximately 250 ml of serosanguinous fluid. The serosanguinous fluid is free of foul odor. No evidence of purulent material within the abdominal cavity is noted.

The pericardial sac contains approximately 15 ml of serous fluid.

PRIVILEGED DOCUMENT
Do not Duplicate nor Distribute
AS12.65.020(b)

**MUSCULOSKELETAL SYSTEM:**
The musculoskeletal system is intact.

**CARDIOVASCULAR SYSTEM:**
The 350 gram heart has a smooth and glistening epicardial surface which is covered by a normal pericardial sac. The coronary arteries follow the usual courses and distributions and are free of evidence of atherosclerosis or other specific findings, with the exception of a relatively small caliber of indeterminate significance. The cardiac valves and chambers bear the usual size and position relationships and are unremarkable. The valves are unremarkable and free of evidence of endocarditis. The myocardium is floppy, tan-brown and free of evidence of recent or remote fibrosis or necrosis. The great vessels follow the usual courses and distributions and are unremarkable. No evidence of thrombus or embolus is noted within the vascular system, and no evidence of pulmonary embolus is noted in examination of the pulmonary vessels.

**RESPIRATORY SYSTEM:**
The larynx, trachea, and mainstem bronchi are unremarkable along their external and mucosal surfaces. The previously described endotracheal tube is found within the tracheal lumen. The left sternocleidomastoid muscle shows scattered focal areas of extravasated blood, however, the hyoid bone and thyroid cartilage are intact. The right and left lungs weigh 1,440 grams and 1,420 grams, respectively. The left lung shows a pleural surface which is smooth, glistening and unremarkable. The right lung shows a pleural surface which is remarkable for the presence of widespread pleural adhesions which appear older than the patient's described recent hospital course. The pulmonary parenchyma shows widespread multifocal areas of discoloration reminiscent of an aspiration pneumonia. These widespread areas of discoloration are free of convincing purulence and appear to consist of ost geographically distributed areas of discrete change ranging up to one or several centimeters in greatest

dimension. The periphery of the lung at its pleural surface shows much less pronounced involvement. No 'dence of intraparenchymal pulmonary embolus or mass lesions are noted within the lungs.

## GASTROINTESTINAL SYSTEM:

The esophagus, stomach, small and large intestines are unremarkable along their external and mucosal surfaces. The appendix is absent. The stomach contains approximately 50 ml of pasty maroon-brown material within which no convincing medications or identifiable particulate food material is noted. The mesentery and retroperitoneum is free of evidence of mass lesions or fluid collections. The serosal surfaces of the gastrointestinal tract are smooth, glistening, and free of evidence of recent adhesion or other specific abnormalities with the exception of scattered, fairly dense adhesions in the right upper quadrant presumably incident to remote cholecystectomy. The 2,240 gram liver has a smooth capsule and the parenchyma is yellow-tan. On cut section, gross findings suggestive of hepatic steatosis are noted, pending microscopic examination. No focal lesions are noted within the liver. The gallbladder is absent and the gallbladder fossa is remarkable for the presence of scattered surgical clips. Bile drainage appears unobstructed.

## HEMATOPOIETIC SYSTEM:

The 150 gram spleen has a smooth capsule which is remarkable for a geographic mottling consisting of a rim of yellow-white discoloration surrounding a central area of pink apparent necrosis. On section, the spleen shows a diffuse involvement of the splenic parenchyma by this geographic process. The lymph nodes and bone marrow appear unremarkable.

PRIVILEGED DOCUMENT
Do not Duplicate nor Distribute
AS12.65.020(b)

## ENDOCRINE SYSTEM:

The pancreas appears unremarkable with some evidence of postmortem autolysis. The adrenals show marked arent stress involution. The thyroid and pituitary are unremarkable.

## GENITOURINARY SYSTEM:

The right and left kidneys weigh 190 and 170 grams, respectively. The capsules strip bilaterally with ease. The cortices have a yellow-red color and the cortices and medullae show fairly poor demarcation of their respective areas. The papillae, calyces, pelves, ureters and bladder are unremarkable. Close inspection of the pelves and ureter for obstructive dilatation reveals no such changes. The bladder is free of significant urine. The vaginal mucosa is unremarkable. The uterus is unremarkable and free of evidence of pregnancy. The endometrial cavity is of normal size and the endometrial surface is unremarkable and free of convincing evidence of purulence or other specific abnormality. The right and left ovaries are unremarkable. The right and left fallopian tubes show the clinically recorded fallopian tubal reanastomosis sites to be intact and free of evidence of significant purulence or other specific findings. The recent surgical incision is free of evidence of convincing wound infection or other specific abnormality.

## HEAD:

Reflecting the scalp discloses no areas of significant extravasated blood in the subcutaneous tissues of the scalp. Reflecting the calvarium reveals the presence of a 1300 gram brain which is of the normal external configuration and vascularity. No evidence of purulence is noted in the meninges, which are clear and unremarkable. No evidence of epidural, subdural, or subarachnoid extravasated blood is noted. Serial coronal sections through the cerebrum, brainstem and cerebellum reveal no evidence of focal lesions and are unremarkable. Stripping dura from skull and calvarium reveals no evidence of occult skull fracture. The cervical ҫ ҏ is intact.

**TOXICOLOGY:**
Blood is harvested should subsequent toxicologic examination become indicated.

**COMMENT:**
Small fragments of tissue and lung tissue for possible culture are submitted to Dr. Eklund (Alaska Native Hospital) should an emergent review for infectious disease become indicated on a public health basis.

**MICROSCOPIC EXAMINATION (20 BLOCKS):**
**Heart:** Minute foci of myocardial injury and necrosis are noted with focal extravasated blood and rare neutrophils.

**Lungs:** In multiple sections, a diffuse lung injury is present, consistent with Diffuse Alveolar Damage (DAD). The DAD shows early organizational changes, focal areas of hyaline membrane formation pneumocytic hyperplasia of alveolar lining cells with marked cytologic atypia. Marked focal variability of injury severity is noted with the worst injury involving necrotic change and severe DAD in a bronchocentric distribution. Several areas contain "cornflake-like" squamous cells (which may be an indicator of aspiration in some cases). It is acknowledged that these features do not constitute definitive evidence of aspiration.

**Liver:** Marked pericentrovenous necrosis (central necrosis) is noted without significant inflammatory reaction. Microvesicular hepatic steatosis is also noted.

**Kidney:** Marked autolytic change is noted.

PRIVILEGED DOCUMENT
Do not Duplicate nor Distribute
AS12.65.620(b)

**Spleen:** Geographic splenic necrosis is noted with thrombi noted in splenic arterioles.

**Pancreas, thyroid, adrenal:** Unremarkable but with marked adrenal cortical lipid depletion.

**Ovary, uterus:** Unremarkable.

**Brain:** Unremarkable.

```
CLINICAL RECORD                    | AUTOPSY PROTOCOL              Pg 1
Date died: OCT 16, 1997            | Autopsy date: OCT 21, 1997
Resident:                          | FULL AUTOPSY   Autopsy No. A97 5
```

Clinical Diagnoses:
      DATE/TIME ADMITTED TO ANMC: 10/3/97
      DATE/TIME DIED: 10/16/97 at 5:40 PM
      CORONER'S CASE: Yes
      DATE/TIME PATHOLOGY NOTIFIED OF AUTOPSY: Not applicable
      DATE/TIME ATTENDING PHYSICIAN NOTIFIED OF AUTOPSY: Not applicable.
      DATE/TIME ATTENDING PHYSICIAN NOTIFIED OF AUTOPSY: Not applicable.
      DATE/TIME AUTOPSY PERFORMED: Not applicable.
      AUTOPSY PERFORMED BY: Medical Examiner
      ASSISTANT: Not applicable
      AUTHORIZATION SIGNED BY:
      EXTENT OF AUTOPSY:
      ATTENDING PHYSICIAN: John C. Harvey, MD

   CLINICAL DIAGNOSIS: Respiratory and kidney failure.

Anatomical Diagnoses:
   PROVISIONAL ANATOMIC DIAGNOSIS: Not applicable.

   FINAL ANATOMIC DIAGNOSES: 11/10/97
      Lung: Diffuse alveolar damage with hyaline membranes, confluent necrosis. Edema, foci of interstitial and intra-alveolar hemorrhage.
      Kidneys: Tubular necrosis.
      Liver: Fatty change, moderate; congestion and early necrosis.
      Heart: Histologically unremarkable.

   SUMMARY: This 36 year old, obese female patient had an elective surgery on 10/3/97 for reanastomosis of her fallopian tubes. The following day, the patient complained of cough and shortness of breath, and was noted to have some oxygen desaturation and tachycardia. She progressively deteriorated, requiring intubation and ventilatory support. She was treated aggressively for sepsis but she continued to deteriorate, developing acute renal failure, severe metabolic acidosis etc, and was transferred to Providence Medical Center on 10/13/97 for renal dialysis. At Providence, the patient was continued on intensive support, including respiratory management, broad-spectrum antibiotics, pressor support, dialysis, as well as total parenteral nutrition. Despite all the above, the patient's

Pathologist: JOHANNES H TAN PAT                    sm | Date NOV 10, 1997
                                    /s/
A I. MED CTR                                              AUTOPSY PROTOCOL
HART, DONNA MARIE            19042         SEX: F  DOB: FEB 3, 1963   AGE: 34
CORONER'S                                  STEPHANIE L EKLUND GYN

EXHIBIT 18
PAGE 1 OF 3

TO STOP: [2][H

| CLINICAL RECORD | AUTOPSY PROTOCOL | Pg 2 |

Date died: OCT 16, 1997  
Resident:  
Autopsy date: OCT 21, 1997  
FULL AUTOPSY   Autopsy No: A97 5

clinical course progressively went downhill, until she died, apparently from multiple organ failures, on 10/16/97 at 5:40 PM. Autopsy was performed by the Medical Examiner (Dr. Norman Thompson) on 10/16/97.

Samples of tissue from the heart, lungs, liver and kidneys were brought to ANMC Pathology laboratory by Dr. Eklund on 10/21/97.

Multiple sections of the lungs are submitted in cassettes 1 through 6; a section of the liver is submitted in cassette 7; sections of the kidneys are submitted in cassettes 8 and 9; a section of the heart muscle is submitted in cassette 10.

MICROSCOPIC:

Heart: Histologically unremarkable.

Lungs: Sections show a picture of diffuse alveolar damage, often with areas of confluent necrosis. In many areas, hyaline membranes are prominent. There is also pulmonary edema as well as foci of interstitial and intra-alveolar hemorrhage. Alveoli are often filled with cytoplasmic and nuclear debris from sloughed cells, admixed with small amounts of fibrin.

Liver: A moderate degree of fatty change is noted and early necrosis. There is also evidence of hepatic congestion.

Kidneys: Tubular necrosis.

Pathologist: JOHANNES H TAN PAT    sm | Date NOV 10, 1997

ANCH MED CTR  
HART,DONNA MARIE            19042            AUTOPSY PROTOCOL  
CORONER'S                                   SEX:F  DOB:FEB 3,1963   AGE:34  
                                            STEPHANIE L EKLUND GYN

EXHIBIT 18  
PAGE 2 OF 3

```
TO STOP                [2J[H
NOV 10, 1997  10:58   ANCH MED CTR                                    Pg
ANATOMIC PATHOLOGY
```

| HART,DONNA MARIE | | 19042 | DOB:FEB 3,1963 |
|---|---|---|---|
| Acc # | Date/time Died   Age | AUTOPSY DATA | Date/time of Autopsy |
| 5 | OCT 16, 1997   34 | FULL AUTOPSY | OCT 21, 1997 |
| Senior:TAN,JOHANNES H | | | |

```
SNOMED code(s):
T-32000: heart
     M-00110: normal microscopic morphology
T-28000: lung
     M-36500: edema
     M-37000: hemorrhage
     M-54000: necrosis
     M-01150: damage
T-56000: liver
     M-36100: congestion
     M-50080: degeneration, fatty
     M-54000: necrosis
T-71300: renal tubule
     M-54000: necrosis
```

---

Pathologist: JOHANNES H TAN PAT                              sm | Date NOV 10, 1997

---

ANCH MED CTR                                                        AUTOPSY PROTOCOL
HART,DONNA MARIE           19042              SEX:F DOB:FEB 3,1963   AGE:34
  ICINE                                       STEPHANIE L EKLUND GYN

EXHIBIT  18
PAGE  3  OF 3

```
[2J[H
------------------------------------------------------------------------
     MEDICAL RECORD ;              SURGICAL PATHOLOGY           Pg  1
------------------------------------------------------------------------
Submitted by: STEPHANIE L EKLUND GYN       Date obtained: OCT  3, 1997
------------------------------------------------------------------------
Specimen (Received OCT  3, 1997   13:58):
A. Rt paratubal cyst
B. Rt tubal segment
C. Left tubal segments
------------------------------------------------------------------------
Brief Clinical History:
    in for tubal reanastomosis


------------------------------------------------------------------------
Preoperative Diagnosis:
    s/p sterilization


------------------------------------------------------------------------
Operative Findings:
------------------------------------------------------------------------
Postoperative Diagnosis:
    S/P STERILIZATION


                    Surgeon/physician: STEPHANIE L EKLUND GYN
========================================================================
                            PATHOLOGY REPORT
Laboratory: ANCH MED CTR                   Accession No. SP97 4876
------------------------------------------------------------------------
GROSS DESCRIPTION
    Three specimens are received, fixed in formalin, in bags labeled as
    follows:

    A. "Right paratubal cyst", consists of a pink, thin-walled cyst
    measuring 2 x 1.2 x 1.2 cm, containing a clear fluid. Two cross
    sections are submitted.

    B. "Right tube segment", consists of three tiny fragments of grey
    brown tissue, 6 x 4 x 2 mm in aggregate.

    C. "Left tube segment", consists of two fragments of soft pinkish red
    tissue, one is 5 x 4 x 4 mm and the second one is 5 x 5 x 2 mm.
    Totally submitted.

MICROSCOPIC EXAM/DIAGNOSIS
    Microscopic performed, description omitted.

    DIAGNOSIS:

------------------------------------------------------------------------
                                             (See next page)
JOHANNES H TAN PAT                     jht; Date OCT  6, 1997
------------------------------------------------------------------------
HART,DONNA MARIE                                STANDARD FORM 515
ID:19042        SEX:F DOB:FEB 3,1963 AGE:34 LOC:CCU
ADM:OCT  3, 1997 DX:S/P TUBAL REVERSAL     STEPHANIE L EKLUND GYN
```

Ex 4  19

TO STOP:              [2J[H

```
MEDICAL RECORD          SURGICAL PATHOLOGY              Pg 2
```
                        PATHOLOGY REPORT
Laboratory: ANCH MED CTR                      Accession No. SP97 4876

A. Hydatid cyst of Morgagni, right.

B and C. Histologically unremarkable segments of right and left fallopian tubes.

CPT: 88302 x 2

SNOMED code(s):
T-86800: both fallopian tubes
    M-00110: normal microscopic morphology
    M-33400: cyst

JOHANNES H TAN PAT                                    (End of report)
                                               jht; Date OCT 6, 1997

HART, DONNA MARIE                              STANDARD FORM 515
ID:19042         SEX:F DOB:FEB 3,1963 AGE:34 LOC:CCU
ADM:OCT 3, 1997 DX:S/P TUBAL REVERSAL        STEPHANIE L EKLUND GYN