IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the estate of Donna Marie (Hart) Sheldon, deceased,<br><br>                Plaintiff,<br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. A05–119 CV [RRB] |

**STIPULATION EXTENDING DEADLINES FOR TAKING DEPOSITIONS**

The parties hereto, by their undersigned attorneys, stipulate and agree as follows:

1. Pursuant to the Court's May 31, 2007 Order at Docket 47, the deadline for taking the deposition of Debra Pallaria was extended to June 30, 2007.

2. Pursuant to the Stipulation of the parties dated February 26, 2007 at Docket 29 approved by this court on March 2, 2007 at Docket 31, the deadline for conducting depositions of expert witnesses was extended to July 30, 2007.

3. The deposition of Ms. Pallaria, who is now residing in Spokane, Washington, could not be conducted by June 30, 2007 because of problems encountered in attempting to schedule it. Specifically, Pallaria is currently employed by the Veteran's Administration, which unexpectedly objected to the deposition based upon its internal regulations (which it had not done with regard to other witnesses who have been deposed in this action who were also employed by the Veteran's Administration). The parties believe that the problem has now been resolved, and that Ms. Pallaria will be made available for a deposition.

4.      The deposition of one of defendant's experts, Dr. Leonard Hudson, was commenced in Seattle on July 13, 2007, but could not be completed because of time constraints and the desire of Dr. Hudson and the parties that he review certain literature prior to reconvening the deposition. The government's other expert witness, Dr. Stephen Brauser resides in the San Francisco Bay area. Plaintiff's expert witness, Dr. Michael Borello, resides in Burlington, Vermont.

5.      Because of the fact that the witnesses are scattered throughout the United States, on both coasts, it has been logistically difficult to schedule these depositions in a manner that accommodates the schedules of the witnesses and counsel. The deposition of Dr. Borello has now been scheduled for September 29, 2007, which was the earliest time that reasonably fit the schedule of all the people involved. It does not make sense to conduct the deposition of Dr. Brauser until the deposition of Dr. Hudson has been completed, and the parties are desirous of scheduling these depositions in a manner that minimizes the amount of time spent in out of state travel. Accordingly, the parties believe that the deadline for conducting the remaining depositions should be extended until the end of October, 2007.

6.      Based upon the expert reports of the economists retained by the parties, the parties do not believe that depositions of these experts will be necessary.

7.      Neither party has entered into this stipulation for the purpose of harassment or delay, and neither party expects that the entry of an order extending the deadlines will give them undue advantage over the other.

Dated at Anchorage, Alaska this 16th day of August 2007.

>Hedland, Brennan and Heideman
>Attorneys for Plaintiff
>s/John S. Hedland
>1227 W. 9th Avenue, Suite 300
>Anchorage, Alaska 99501
>Phone: (907) 279-5528
>Fax: (907) 278-0877
>E-mail: jhedland@hbhc.alaska.net
>ABA No. 6903014

Dated at Anchorage, Alaska this 16th day of August 2007.

>Daniel R. Cooper, Jr.
>U.S. Attorneys Office
>Attorneys for Defendant
>s/Daniel R. Cooper, Jr.
>Federal Building, U.S. Courthouse
>222 West 7th #9, Room 253
>Anchorage, Alaska 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-2344
>E-mail: daniel.cooper@usdoj.gov
>ABA No. 6903014

CERTIFICATE OF SERVICE

I certify that on the 16th day of August 2007 a copy of the foregoing was served electronically on
Daniel R. Cooper, Jr., Assistant U.S. Attorney
s/John S. Hedland