IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the estate of Donna Marie (Hart) Sheldon, deceased,<br><br>    Plaintiff,<br> vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. A05–119 CV [RRB]

**<u>PROPOSED ORDER</u>**

The parties' Stipulation for Extending Deadlines for Taking Depositions is GRANTED. The depositions of Debra Pallaria, Dr. Leonard Hudson, Dr. Stephen Brauser and Dr. Michael Borello shall be completed on or before Wednesday. October 31, 2007.

Dated this _____ day of August 2007.

_____
Judge Ralph R. Beistline

<u>CERTIFICATE OF SERVICE</u>
I certify that on the 16 day of February 2007 a copy of the foregoing was served electronically on:
Daniel R. Cooper, Jr., Assistant U.S. Attorney
s/John S. Hedland