IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the estate of Donna Marie (Hart) Sheldon, deceased,<br><br>           Plaintiff,<br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.  A05–119 CV  [RRB] |

## **STIPULATION**

The parties hereto, by their undersigned attorneys, stipulate and agree that the deadlines for conducting the depositions of Debra Pallaria, Dr. Hudson and Dr. Brauser be extended until December 16, 2007. The reason for this stipulation is the conflicting workloads of counsel, and the fact that the parties are engaged in settlement discussions and do not want to engage in further expensive out of state travel unless it is clearly necessary.

Dated at Anchorage, Alaska this 1st day of November 2007.

                              Hedland, Brennan and Heideman
                              Attorneys for Plaintiff
                              <u>s/John S. Hedland</u>
                              1227 W. 9th Avenue, Suite 300
                              Anchorage, Alaska 99501
                              Phone: (907) 279-5528
                              Fax: (907) 278-0877
                              E-mail: jhedland@hbhc.alaska.net
                              ABA No. 6903014

Dated at Anchorage, Alaska this 1st day of November 2007.

                                            Daniel R. Cooper, Jr.
                                            U.S. Attorneys Office
                                            Attorneys for Defendant
                                            <u>s/Daniel R. Cooper, Jr.</u>
                                            Federal Building, U.S. Courthouse
                                            222 West 7th #9, Room 253
                                            Anchorage, Alaska 99513-7567
                                            Phone: (907) 271-5071
                                            Fax: (907) 271-2344
                                            E-mail: daniel.cooper@usdoj.gov
                                            ABA No. 6903014

<u>CERTIFICATE OF SERVICE</u>

I certify that on the 1st day of November 2007 a copy of the foregoing was served electronically on
<u>Daniel R. Cooper, Jr., Assistant U.S. Attorney</u>
s/John S. Hedland

Stipulation                  - 2 -