IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the estate of Donna Marie (Hart) Sheldon, deceased,<br><br>              Plaintiff,<br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. A05–119 CV [RRB] |

## **PROPOSED ORDER**

It is ordered that the deadline for conducting depositions of Debra Pallaria, Dr. Hudson and Dr. Brauser be extended until December 16, 2007.

Dated this _____ day of November 2007.

 

_____
Judge Ralph R. Beistline
United States District Judge

CERTIFICATE OF SERVICE
I certify that on the 1st day of November 2007 a copy of the foregoing was served electronically on:
Daniel R. Cooper, Jr., Assistant U.S. Attorney
s/John S. Hedland