IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the estate of Donna Marie (Hart) Sheldon, deceased, | ) ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) |
| | ) Case No. A05–119 CV [RRB] |

## **STIPULATION**

The parties hereto, by their undersigned attorneys, stipulate and agree that the deadlines for conducting the depositions of Debra Pallaria, Dr. Hudson and Dr. Brauser be further extended until February 1, 2008. The reasons for this stipulation are numerous, and include the fact that the parties are still engaged in settlement discussions which may obviate the need for further expensive travel and discovery; the personal schedules of counsel have changed in a matter that renders completion of these depositions within the current time frame extremely inconvenient; and counsel have business commitments that render out of state travel at present inconvenient and disruptive.

Dated at Anchorage, Alaska this 10th day of December 2007.

>Hedland, Brennan and Heideman
>Attorneys for Plaintiff
>s/John S. Hedland
>1227 W. 9th Avenue, Suite 300
>Anchorage, Alaska 99501
>Phone: (907) 279-5528
>Fax: (907) 278-0877
>E-mail: jhedland@hbhc.alaska.net
>ABA No. 6903014

Dated at Anchorage, Alaska this 10th day of December 2007.

    Daniel R. Cooper, Jr.
    U.S. Attorneys Office
    Attorneys for Defendant
    <u>s/Daniel R. Cooper, Jr.</u>
    Federal Building, U.S. Courthouse
    222 West 7th #9, Room 253
    Anchorage, Alaska  99513-7567
    Phone: (907) 271-5071
    Fax: (907) 271-2344
    E-mail: daniel.cooper@usdoj.gov
    ABA No. 6903014

<u>CERTIFICATE OF SERVICE</u>

I certify that on the 10th day of December 2007 a copy of the foregoing was served electronically on
<u>Daniel R. Cooper, Jr., Assistant U.S. Attorney</u>
<u>s/John S. Hedland</u>