NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-2344 - Fax
daniel.cooper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the Estate of Donna Marie (Hart) Sheldon, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case 3:05-cv-00119-RRB<br><br><br><br><br><br><br>**STIPULATION FOR EXTENSION OF DEPOSITION DEADLINES** |

      The parties hereto, by their undersigned attorneys, stipulate and agree that the

deadlines for conducting the depositions of Debra Pallaria, Dr. Hudson and Dr.

1

Brauser be further extended until February 28, 2008.  The reasons for this stipulation are numerous, and include that the parties settlement discussions have failed to result in a settlement to date, and therefore the final discovery depositions must take place.  Moreover, the travel plans of the deponents have made completion of the depositions prior to February 1 impossible.  Dr. Hudson's deposition is now scheduled for February 7th in Seattle, and Dr. Brauser's deposition is now scheduled for February 22nd in Castro Valley, California.  Nurse Pallaria will be interviewed telephonically when it can be arranged through the office of General Counsel for the Veteran's Administration.

      RESPECTFULLY SUBMITTED on January 31, 2008.

    NELSON P. COHEN
United States Attorney

s/ Daniel R. Cooper, Jr.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

        Hedland, Brennan and Heideman

        <u>s/John S. Hedland (consent)</u>
        Attorney for Plaintiffs
        1227 W. 9th Avenue, Suite 300
        Anchorage, AK 99501
        Phone: (907) 279-5528
        Fax: (907) 278-0877
        E-mail: jhedland@hbhc.alaska.net
        ABA No. 6903014