NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-2344 - Fax
daniel.cooper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL SHELDON, as personal representative of the Estate of Donna Marie (Hart) Sheldon, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case 3:05-cv-00119-RRB<br><br><br><br><br><br>[PROPOSED] **ORDER GRANTING EXTENSION OF DEPOSITION DEADLINES** |

The Court has received and reviewed the parties Stipulation for Extension of

Deposition Deadlines.  Good cause having been shown, it is hereby

1

ORDERED, the parties Stipulation for Extension of Deposition Deadlines is APPROVED, and the deadlines for taking depositions shall be extended to February 28, 2008.

      DATED at Anchorage, Alaska, this ___ day of _____, 2008.

                                                    _____
                                                    Honorable Ralph R. Beistline
                                                    United States District Court Judge