```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

 MICHAEL SHELDON, ET AL        vs.   UNITED STATES OF AMERICA

BEFORE THE HONORABLE RALPH R. BEISTLINE CASE NO. 3:05-CV-00119-RRB

DEPUTY CLERK/RECORDER:         APRIL KARPER

APPEARANCES:    PLAINTIFF:     JOHN HEDLAND

                DEFENDANT:     DANIEL COOPER, JR.

PROCEEDINGS: TRIAL SCHEDULING CONFERENCE HELD MARCH 28, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:35 a.m. court convened.

Court and counsel heard re status of case, depositions, and possible mediation.

Final Pretrial Conference set for **November 20, 2008 at 9:00 a.m.**

Trial by Jury set for **December 1, 2008 at 8:30 a.m.**

At 8:41 a.m. court adjourned.

DATE:       March 28, 2008         DEPUTY CLERK'S INITIALS:   AMK

Revised 6/18/07