**AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MICHAEL SHELDON, ET AL          vs.  UNITED STATES OF AMERICA

BEFORE THE HONORABLE RALPH R. BEISTLINE CASE NO. 3:05-CV-00119-RRB

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:   PLAINTIFF:    JOHN HEDLAND

                DEFENDANT:    DANIEL COOPER, JR.

PROCEEDINGS: TRIAL SCHEDULING CONFERENCE HELD MARCH 28, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:35 a.m. court convened.

Court and counsel heard re status of case, depositions, and
possible mediation.

Final Pretrial Conference set for **November 20, 2008 at 9:00 a.m.**

*Bench Trial set for **December 1, 2008 at 8:30 a.m.**

At 8:41 a.m. court adjourned.

DATE:      March 28, 2008        DEPUTY CLERK'S INITIALS:   AMK

Revised 6/18/07