```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

 MICHAEL SHELDON        vs.  UNITED STATES OF AMERICA

BEFORE THE HONORABLE RALPH R. BEISTLINE  CASE NO. 3:05-CV-00119 RRB

DEPUTY CLERK/RECORDER:      LYNN GROVES-KELLEY

APPEARANCES:    PLAINTIFF:    JOHN HEDLAND/TELEPHONIC

                DEFENDANT:    DANIEL COOPER/TELEPHONIC

PROCEEDINGS: SCHEDULING CONFERENCE          HELD: 08/22/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:35 a.m. court convened.

Court and counsel heard re: Scheduling; Plaintiffs oral motion to file a stipulation re new pretrial dates: **GRANTED**.

Final Pretrial Conference set for **04/14/2009 at 9:00 a.m.** in Anchorage.

Trial by Court set for **April 20, 2009 at 8:30 a.m.** in Anchorage.

Final pretrial Conference set for 11/20/2008 and Trial by Court set for 12/01/2008 are **VACATED**.

At 10:41 a.m. court adjourned.




Date: August 22, 2008       DEPUTY CLERK'S INITIALS:   LGK


Revised 6/18/07